GREENBERG TRAURIG, LLP
GRACE J. BERGEN (SBN 114649)
LISA L. HALKO (SBN 148873)
SARAH W. ASPLIN (SBN 260851)
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
bergeng@gtlaw.com

Attorneys for Plaintiff and Counter defendant
PATRIOT RAIL CORP.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SIERRA RAILROAD COMPANY, a California corporation<br><br>    Defendant.<br><br>And related Counterclaim. | CASE NO. 2:09-CV-00009-MCE-EFB<br><br>**STIPULATION FOR PROTECTIVE ORDER** |

    PATRIOT RAIL CORP., the plaintiff and counter defendant and SIERRA RAILROAD COMPANY, the defendant and counterclaimant enter into this stipulation, through their counsel, so that the parties may exchange information that contains trade secret, commercially sensitive, and confidential information.

    **THE PARTIES AGREE AND IT IS HEREBY ORDERED** that a protective order is granted on the following terms:

    1.    Litigation Information produced or exchanged in the course of this case may be used only for the purposes of this litigation.

///

PDF created with pdfFactory trial version www.pdffactory.com

2. "Litigation Information" includes, without limitation, any information obtained by either party from the other party in the course of this litigation. Litigation Information includes, but is not limited to, information produced during formal or informal discovery, including depositions, and information produced during formal or informal settlement discussions. Litigation Information does not include information in the public domain or information that is not obtained through litigation in this action. A party need not designate Litigation Information produced or exchanged, either by stamping, marking, or otherwise identifying the document or information as "Confidential" or "Litigation Information" for the protections of this Stipulation to apply to it.

3. This Stipulation will remain in place in full force and effect unless modified by Court Order, or written agreement of the Parties. The provisions of the Stipulated Protective Order shall survive and remain in full force and effect after the conclusion of this case (including any appellate proceedings) in this case, whether by settlement or entry of final judgment.

4. Litigation Information must be made available only to:
   a. Parties to this action;
   b. Attorneys of record in this litigation and employees of such counsel to whom it is necessary that the material be shown for the purposes of this litigation;
   c. Third parties employed by a party, or its attorneys of record, solely for the purpose of assisting in preparation for trial (e.g., retained experts) after executing the Stipulation to be bound by the Stipulated Protective Order attached hereto as Exhibit A;
   d. Court personnel and any stenographic reporters engaged in this action; or
   e. A mediator or neutral person hired by the parties or appointed by the Court to assist in resolution of this litigation.

PDF created with pdfFactory trial version www.pdffactory.com

5. Subject to the Federal Rules of Evidence, the parties may offer Litigation Information in evidence in the course of this litigation.

6. The parties do not waive their rights to object to producing any document, responding to any interrogatory, or request for admission, or the disclosure of any information by any means in discovery in this matter.

7. Counsel for each party must take reasonable precautions with regard to storage, custody, and use to prevent the unauthorized or inadvertent disclosure of any Litigation Information.

8. This Stipulation for Protective Order may be executed in counterparts, and by means of facsimile or portable document format (.pdf), which taken together shall be deemed to constitute one document.

9. This Stipulation shall apply to all Litigation Information produced or exchanged prior to the date of execution of this Order, on that date and after that date.

10. A Party may seek an order of the Court to enforce the terms of this Stipulation. Even if no such Court order is sought, the Stipulation shall be binding on all Parties.

11. This Court retains jurisdiction, both before and after the entry of final judgment in this case (whether by settlement or litigation), to construe, enforce and amend the provisions of this order.

The undersigned, acting for, on behalf of, and with the full authorization of his or her client identified below, joins in the attached Stipulation for Protective Order.

Dated: May 14, 2009     GREENBERG TRAURIG, LLP

By: Sarah W. Asplin (as authorized on 5/14/09)
      Sarah W. Asplin
Attorneys for Plaintiff and Counter defendant,
PATRIOT RAIL CORP.

/ / /

/ / /

SAC-441.415.074
PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: May 14, 2009 | WEINTRAUB GENSHLEA CHEDIAK |
| 2 | | |
| 3 | | By: <u>Louis A. Gonzalez, Jr. (as authorized on 5/14/09)</u> |
| 4 | | Louis A. Gonzalez, Jr. |
| 5 | | Anthony B. Daye |
| 6 | | W. Scott Cameron |
| | | Attorneys for Defendant and Counterclaimant, SIERRA RAILROAD COMPANY |

**IT IS SO ORDERED:**

**DATED:** May 20, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

# EXHIBIT A
# STIPULATION TO BE BOUND BY
# STIPULATION FOR PROTECTIVE ORDER

I hereby certify that I have reviewed and understand the attached Stipulation for Protective Order entered into between Plaintiff Patriot Rail Corp. and Defendant Sierra Railroad Company and that I, being a person covered under paragraph 5(c) or 5(f) of that Stipulation, agree to comply with the terms of the Stipulation and to submit to the jurisdiction of the United States District Court for the Eastern District of California should I violate the terms of that Stipulation.

I further certify that I am authorized to sign this Stipulation on behalf of any entity listed below in which I am employed and, in doing so, bind not only myself, but also all other personnel of such entity to whom it is necessary that the material be shown and/or shared for the purposes of this litigation, and that I will take reasonable steps to ensure compliance by such other personnel with this Stipulation.

Date: _____        _____
                                Signature

                                _____
                                Printed Name of Signatory

                                _____
                                Name of Employer

                                _____
                                Address

SAC-441-415-074
PDF created with pdfFactory trial version www.pdffactory.com