IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRIOT RAIL CORP.,

    Plaintiff,                           No. CIV S-09-009 MCE EFB

    vs.

SIERRA RAILROAD COMPANY,

    Defendant.                        <u>ORDER</u>

        On February 17, 2010, the court heard plaintiff's motion to compel defendant to respond to certain requests for admission and certain requests for production of documents. Dckt. No. 38. Attorneys Sarah W. Asplin and M. Theresa Tolentino Meehan appeared at the hearing on behalf of plaintiff; attorneys W. Scott Cameron and Louis Gonzalez appeared on behalf of defendant. As stated on the record, and for the reasons stated on the record, plaintiff's motion to compel, Dckt. No. 38, is granted in part and denied in part. Plaintiff's request for sanctions is denied.

        SO ORDERED.

DATED: February 19, 2010.

                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE