1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PATRIOT RAIL CORP.,

11              Plaintiff,                    No. CIV S-09-0009 MCE EFB

12        vs.

13   SIERRA RAILROAD COMPANY,

14              Defendant.                    <u>ORDER</u>
     _____/
15

16        On March 22, 2010, the court heard, on shortened time, plaintiff's motion for a protective

17   order and defendant's counter request for sanctions.  Dckt. Nos. 53, 57.  Attorney M. Theresa

18   Tolentino Meehan appeared at the hearing on behalf of plaintiff; attorneys Louis Gonzalez and

19   W. Scott Cameron appeared on behalf of defendant.  As stated on the record, and for the reasons

20   stated on the record, plaintiff's motion for a protective order, Dckt. No. 53, is granted in part and

21   denied in part.  Defendant's request for sanctions is denied.  Dckt. No. 57.

22        Additionally, on March 17, 2010, defendant filed a motion to compel discovery, and set

23   the matter for hearing on April 7, 2010.  Dckt. No. 55.  However, pursuant to the district judge's

24   pretrial scheduling order, that date is the current discovery deadline in this case.  Dckt. No. 20.

25   As set forth in the pretrial scheduling order, the discovery deadline is the date on which all

26   discovery is to be "completed," which "means that all discovery shall have been conducted so

1

1  that all depositions have been taken and any disputes relative to discovery shall have been

2  resolved by appropriate order if necessary and, where discovery has been ordered, the order has

3  been obeyed." *Id.* at 2.

4    In light of the language in the district judge's scheduling order, defendant's motion is

5  untimely.  By noticing its motion to compel for hearing on the actual discovery completion

6  deadline, defendant has precluded the undersigned from issuing any order compelling plaintiff to

7  respond to discovery.  Therefore, defendant's motion to compel, Dckt. No. 55, is denied without

8  prejudice.[1]

9    SO ORDERED.

10  DATED:  March 22, 2010.

           _____

           EDMUND F. BRENNAN

11             UNITED STATES MAGISTRATE JUDGE

---

25    [1]  At the March 22, 2010 hearing, the parties agreed to submit to the district judge a
stipulation to extend the discovery cutoff date.  Therefore, the motion to compel is denied
26  *without prejudice* to the extent that the stipulation is approved by the district judge.

2