LISA L. HALKO – SBN 148873
M. THERESA TOLENTINO MEEHAN – SBN 204112
SARAH W. ASPLIN – SBN 260851
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
halkol@gtlaw.com
meehant@gtlaw.com
asplins@gtlaw.com

Attorneys for Plaintiff and Counter Defendant,
Patriot Rail Corp., and Cross Defendants,
Patriot Rail, LLC and Larry Coe

LOUIS A. GONZALEZ, JR., SBN 157373
W. SCOTT CAMERON, SBN 229828
WEINTRAUB GENSHLEA CHEDIAK, A LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone:  (916) 558-6000
Facsimile:  (916) 446-1611
wcameron@weintraub.com
lgonzalez@weintraub.com

Attorneys for Defendant and
Counter-Claimant, Sierra Railroad Company

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>     Plaintiff,<br><br>v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>     Defendant.<br><br>And Related Counterclaim. | CASE NO.  2:09-cv-00009-MCE-EFB<br><br>STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF AND TO POSTPONE THE MANDATORY SETTLEMENT CONFERENCE |

STIPULATION AND ORDER

WHEREAS on May 18, 2009, this Court issued its Pretrial Scheduling Order requiring the parties to complete non-expert discovery on or before April 7, 2010;

WHEREAS the Pretrial Scheduling Order also set a Mandatory Settlement Conference on April 15, 2010, before the honorable Judge Morrison C. England, Jr., and each party is to submit to Judge England's Chambers a confidential settlement statement on or before April 1, 2010;

WHEREAS on January 4, 2010, this Court issued its minute order continuing the trial date in this matter to March 19, 2012;

WHEREAS Plaintiff and Counter Defendant Patriot Rail Corp., Cross Defendants Patriot Rail, LLC and Larry Coe ("Patriot"), and Defendant and Counter Claimant Sierra Railroad Company ("Sierra") (collectively with Patriot, the "Parties") voluntarily mediated this matter before the Hon. James Warren (Ret.) of JAMS on February 23, 2010 from 9:30 a.m. through 7:30 p.m., but were unable to reach a settlement agreement;

WHEREAS the Parties have actively been involved in completing discovery including depositions but, due to the mediation in this matter, scheduling conflicts, several witnesses being required to travel to Sacramento from the east coast for deposition, and counsel for the Parties being required to travel to the east coast to take certain third party and party depositions, are unable to complete all depositions prior to the current non-expert discovery cut-off of April 7, 2010;

WHEREAS the Parties have noticed and subpoenaed a minimum of sixteen depositions that must be completed before discovery closes in this matter;

WHEREAS good cause exists for, and none of the parties to this matter shall be prejudiced by, an extension of the non-expert discovery cut-off to May 21, 2010;

WHEREAS the Parties also believe that in light of the failed February 23, 2010 mediation, it is unlikely that the Parties will settle this matter without first completing the pending depositions, and therefore, agree that good cause exists to postpone the Mandatory Settlement Conference before Judge England to May 27, 2010, or on a date after the proposed

1

non-expert discovery cut-off of May 21, 2010 that is acceptable to Judge England, with the Parties submitting confidential settlement statements to Judge England's chambers on or before May 13, 2010; and,

WHEREAS the Parties also believe that an extension of the non-expert discovery cut-off and postponement of the Mandatory Settlement Conference will not effect or require modification of any other dates in the Court's Pretrial Scheduling Order;

THE PARTIES, THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, HEREBY STIPULATE pursuant to Fed. R. Civ. P. 16(b)(4) and request that the Court amend its Pretrial Scheduling Order to extend the non-expert discovery cut-off in this matter to May 21, 2010, reschedule the Mandatory Settlement Conference to May 27, 2010, or on date after the proposed non-expert discovery cut-off of May 21, 2010 that is acceptable to Judge England, and require the Parties to submit a confidential settlement statement to Judge England's chambers on or before May 13, 2010.

Dated: March 31, 2010    GREENBERG TRAURIG, LLP

By: /s/ M. Theresa Tolentino Meehan
    Lisa L. Halko
    M. Theresa Tolentino Meehan
    Sarah W. Asplin
    Attorneys for Plaintiff/Counter Defendant Patriot Rail Corp. and Cross Defendants Patriot Rail, LLC and Larry Coe

Dated: March 31, 2010    WEINTRAUB GENSHLEA CHEDIAK

By: /s/ W. Scott Cameron (as authorized on 3/31/10)
    Louis A. Gonzalez, Jr.
    W. Scott Cameron
    Attorneys for Defendant and Counter Claimant Sierra Railroad Company

ORDER

As it appears the Parties failed to settle this matter at a voluntary mediation on February 23, 2010, must now complete several depositions both in California and out of state, have stipulated to an extension of the non-expert discovery cut-off, and as the Court finds good cause to amend its Pretrial Scheduling Order to extend the non-expert discovery cut-off and to postpone the Mandatory Settlement Conference currently set for April 15, 2010,

IT IS SO ORDERED that the Pretrial Scheduling Order shall be amended to extend the non-expert discovery cut-off to May 21, 2010, and reschedule the Mandatory Settlement Conference before Judge England to June 4, 2010 at 9:00a.m., with the Parties to submit a confidential settlement statement to Judge England's chambers on or before May 21, 2010.

DATED: April 2, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE