LISA L. HALKO – SBN 148873
M. THERESA TOLENTINO MEEHAN – SBN 204112
SARAH W. ASPLIN – SBN 260851
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
halkol@gtlaw.com
meehant@gtlaw.com
asplins@gtlaw.com

Attorneys for Plaintiff and Counter Defendant,
Patriot Rail Corp., and Cross Defendants,
Patriot Rail, LLC and Larry Coe

LOUIS A. GONZALEZ, JR., SBN 157373
W. SCOTT CAMERON, SBN 229828
WEINTRAUB GENSHLEA CHEDIAK, A LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: (916) 558-6000
Facsimile: (916) 446-1611
wcameron@weintraub.com
lgonzalez@weintraub.com

Attorneys for Defendant and
Counter-Claimant, Sierra Railroad Company

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>    Defendant.<br><br>And Related Counterclaim. | CASE NO. 2:09-CV-00009-MCE-EFB<br><br>STIPULATION AND ORDER FURTHER AMENDING PRETRIAL SCHEDULING ORDER |

Case No. 2:09-CV-00009-MCE-EFB

## STIPULATION AND ORDER

WHEREAS on May 18, 2009, this Court issued its Pretrial Scheduling Order;

WHEREAS on January 4, 2010, this Court issued its minute order continuing the trial date in this matter to March 19, 2012;

WHEREAS on April 2, 2010, this Court issued an Order extending the discovery cut-off in this matter for good cause to May 21, 2010;

WHEREAS the Mandatory Settlement Conference in this matter is currently set for June 4, 2010;

WHEREAS the Parties have actively been involved in completing discovery including depositions, but due to the mediation in this matter, scheduling conflicts, several witnesses being required to travel to Sacramento from the east coast for deposition, and counsel for the Parties being required to travel to the east coast to take certain third party and party depositions, are unable to complete all depositions prior to the current non-expert discovery cut-off of May 21, 2010;

WHEREAS the Parties have noticed and subpoenaed a minimum of eleven depositions that must be completed before discovery closes in this matter;

WHEREAS Patriot deponent Bennett Marks deposition was postponed due to an unanticipated SEC filing obligation for an unrelated business;

WHEREAS Sierra must complete Mr. Mark's deposition before the remaining Patriot witness depositions;

WHEREAS good cause exists for, and none of the Parties to this matter shall be prejudiced by, an extension of the non-expert discovery cut-off to June 18, 2010;

WHEREAS the Parties also believe that it is unlikely that the Parties will settle this matter without first completing the pending depositions and, therefore, agree that good cause exists to postpone the Mandatory Settlement Conference before Judge England to June 30, 2010, or on a date after the proposed non-expert discovery cut-off of June 18, 2010 that is

acceptable to Judge England, with the Parties submitting confidential settlement statements to Judge England's chambers as directed by the Court,

WHEREAS the Parties also believe that an extension of the non-expert discovery cut-off and postponement of the Mandatory Settlement Conference will require modification of other related discovery and law and motion deadlines in the Court's Pretrial Scheduling Order so that they occur after the completion of discovery;

WHEREAS good cause exists for, and none of the Parties to this matter shall be prejudiced by, an extension of the expert discovery cut-off and deadlines for filing and hearing dispositive motions;

WHEREAS, the Court has already continued the trial of this matter to March 19, 2012, none of the extensions in this stipulation and proposed order will effect the trial date;

WHEREAS the Parties stipulate and agree to disclose expert witnesses and expert witness reports on July 9, 2010;

WHEREAS the Parties stipulate and agree to disclose supplemental expert witnesses and reports for supplement experts, within 20 days of the initial expert disclosure, as set forth in the Court's May, 18, 2009 scheduling order, on or before July 29, 2010; and

WHEREAS the Parties agree to extend the last day to have dispositive motions heard to August 26, 2010.

THE PARTIES, THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, HEREBY STIPULATE pursuant to Fed. R. Civ. P. 16(b)(4) and request that the Court amend its Pretrial Scheduling Order to extend the non-expert discovery cut-off in this matter to June 18, 2010, reschedule the Mandatory Settlement Conference to June 30, 2010, or on a date after the proposed non-expert discovery cut-off of June 18, 2010 that is acceptable to Judge England, and require the Parties to submit a confidential settlement statement to Judge England's chambers as directed by the Court. The Parties further stipulate and request that the Court amend its Pretrial Scheduling Order to extend the deadline to disclose expert witnesses and expert witness reports to July 9, 2010 and the deadline for supplemental expert witness disclosures and to exchange supplemental expert witness reports to July 19, 2010; the last day

to hear dispositive motions would accordingly be set on August 26, 2010, or a date thereafter that is acceptable to Judge England.

Dated:  April 27, 2010               GREENBERG TRAURIG, LLP


                                     By:  /s/ Sarah W. Asplin
                                          Lisa L. Halko
                                          M. Theresa Tolentino Meehan
                                          Sarah W. Asplin
                                          Attorneys for Plaintiff/Counter Defendant Patriot
                                          Rail Corp. and Cross Defendants Patriot Rail,
                                          LLC and Larry Coe


Dated:  April 27, 2010               WEINTRAUB GENSHLEA CHEDIAK


                                     By: /s/ Louis A. Gonzalez, Jr. (as authorized on 4/27/10)
                                          Louis A. Gonzalez, Jr.
                                          W. Scott Cameron
                                          Attorneys for Defendant and Counter Claimant
                                          Sierra Railroad Company

ORDER

As it appears the Parties must now complete several depositions both in California and out of state, have stipulated to an extension of the non-expert and expert discovery cut-offs, as well as the last day to hear dispositive motions, and as the Court finds good cause to amend its Pretrial Scheduling Order to extend the cut-offs and to postpone the Mandatory Settlement Conference currently set for June 4, 2010,

IT IS SO ORDERED that the Pretrial Scheduling Order shall be amended to extend the non-expert discovery cut-off to June 18, 2010, and reschedule the Mandatory Settlement Conference before Judge England to July 9, 2010 at 9:00 a.m., with the Parties to submit a confidential settlement statement to Judge England's chambers on or before July 2, 2010.   It is further ordered that the deadline to disclose expert witnesses shall be moved to July 9, 2010 and the deadline for supplemental expert witness disclosures shall be moved to July 29, 2010. The last day to hear dispositive motions will be set for August 26, 2010.

DATE:  April 28, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE