1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PATRIOT RAIL CORP.,
     a Delaware Corporation,

11
                     Plaintiff,                No. CIV S-09-0009 MCE EFB

12
               vs.

13

14   SIERRA RAILROAD COMPANY,
     a California Corporation,

15
                     Defendant.          /     ORDER

16   _____/

17   AND RELATED COUNTERCLAIMS
     _____/

18

19         Plaintiff has filed a motion to file under seal the unredacted, relevant portions of Joseph

20   Bencivenga's deposition, Bennett Marks' declaration, and various letters between counsel dated

21   June 1-9, 2010, attached as exhibits 1, 2, and 3 to the declaration of Sarah W. Asplin in support

22   of Plaintiff's Motion for a Protective Order.  Dckt. No. 85.  Defendant has filed a motion to file

23   under seal the unredacted portions of an email and private placement memorandum attached as

24   exhibits A, B, and C to the declaration of Louis Gonzalez in support of Defendant's Opposition

25   to Plaintiff's Motion for Protective Order.  Dckt. No. 87.

26   ////

                                            1

1     As good cause has been demonstrated to maintain the confidential nature of the

2  documents at issue, both motions are GRANTED.  The Clerk is directed to file the referenced

3  documents under seal.

4  Dated:  June 16, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2