1  LISA L. HALKO – SBN 148873
   M. THERESA TOLENTINO MEEHAN – SBN 204112
2  SARAH W. ASPLIN – SBN 260851
   GREENBERG TRAURIG, LLP
3  1201 K Street, Suite 1100
   Sacramento, CA  95814-3938
4  Telephone:  (916) 442-1111
   Facsimile:  (916) 448-1709
5  halkol@gtlaw.com
   meehant@gtlaw.com
6  asplins@gtlaw.com

7  Attorneys for Plaintiff and Counter Defendant,
   Patriot Rail Corp., and Cross Defendants,
8  Patriot Rail, LLC and Larry Coe

9  LOUIS A. GONZALEZ, JR., SBN 157373
   W. SCOTT CAMERON, SBN 229828
10 WEINTRAUB GENSHLEA CHEDIAK, A LAW CORPORATION
11 400 Capitol Mall, 11th Floor
   Sacramento, CA 95814
12 Telephone:  (916) 558-6000
   Facsimile: (916) 446-1611
13 wcameron@weintraub.com
   lgonzalez@weintraub.com
14

15
   Attorneys for Defendant and
16 Counter-Claimant, Sierra Railroad Company

17

18                       UNITED STATES DISTRICT COURT

19                    FOR THE EASTERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| 21  PATRIOT RAIL CORP., a Delaware corporation, | CASE NO.  2:09-cv-00009-MCE-EFB |
| 22         Plaintiff, | STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULING ORDER |
| 23  v. | |
| 24  SIERRA RAILROAD COMPANY, a California corporation, | |
| 25         Defendant. | |
| 26 | |
| 27  And Related Counterclaim. | |

28

Case No. 2:09-cv-00009-MCE-EFB
STIPULATION AND [PROPOSED] ORDER AMENDING PRETRIAL SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com

## STIPULATION

WHEREAS on April 29, 2010, this Court issued its Pretrial Scheduling Order requiring the Parties to complete non-expert discovery on or before June 18, 2010;

WHEREAS on January 4, 2010, this Court issued its minute order continuing the trial date in this matter to March 19, 2012;

WHEREAS Plaintiff and Counter Defendant Patriot Rail Corp., Cross Defendants Patriot Rail, LLC and Larry Coe ("Patriot"), and Defendant and Counter Claimant Sierra Railroad Company ("Sierra") (collectively with Patriot, the "Parties") voluntarily mediated this matter before the Hon. James Warren (Ret.) of JAMS on February 23, 2010 from 9:30 a.m. through 7:30 p.m., but were unable to reach a settlement agreement;

WHEREAS the Parties have actively been involved in completing discovery including depositions but, due to a recent death in Patriot's counsel's family, and the deployment of Sierra's counsel for service in the Air National Guard, the Parties are unable to complete all depositions prior to the current non-expert discovery cut-off of June 18, 2010;

WHEREAS the Parties have noticed or subpoenaed five depositions that must be completed before discovery closes in this matter;

WHEREAS good cause exists for, and none of the parties to this matter shall be prejudiced by, an extension of the last day to complete depositions to July 16, 2010;

WHEREAS the Parties stipulate and agree to extend the date to complete depositions to July 16, 2010, and also stipulate and agree that no new discovery may be commenced as a result of this stipulation and agreement to extend the date to complete depositions;

WHEREAS the Parties also agree to extend the discovery cut-off for the limited purpose of allowing third parties responding to outstanding subpoenas to produce documents on or before June 25, 2010;

WHEREAS, since the Parties have also previously agreed and continue to believe that the Mandatory Settlement Conference has the best chance of being productive if conducted

PDF created with pdfFactory trial version www.pdffactory.com

1  after the close of discovery, the Mandatory Settlement Conference currently scheduled for July
2  9, 2010 should be rescheduled for a date no earlier than August 2, 2010;
3      WHEREAS the Parties stipulate and agree to disclose expert witnesses and expert
4  witness reports on July 30, 2010;
5      WHEREAS the Parties stipulate and agree to disclose supplemental expert witnesses
6  and reports for supplemental experts within 20 days of the initial expert disclosure, as set forth
7  in the Court's May 18, 2009 scheduling order, on or before August 19, 2010; and
8      WHEREAS the Parties also believe the extensions contained in this Stipulation and
9  Proposed Order will not effect or require modification of the trial date or any other dates in the
10 Court's Pretrial Scheduling Order.
11     THE PARTIES, THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD,
12 HEREBY STIPULATE pursuant to Fed. R. Civ. P. 16(b)(4) and request that the Court amend
13 its Pretrial Scheduling Order to extend the last day to complete depositions to July 16, 2010,
14 continue the date for expert witness disclosure to July 30, 2010, continue the date for
15 supplemental expert witness disclosure to August 19, 2010, and continue the Mandatory
16 Settlement Conference to a date no earlier than August 2, 2010.

18 Dated: June 18, 2010            GREENBERG TAURIG, LLP

                                  By: /s/ Sarah Whitney Asplin
                                      Lisa L. Halko
                                      M. Theresa Tolentino Meehan
                                      Sarah W. Asplin
                                      Attorneys for Plaintiff/Counter Defendant Patriot
                                      Rail Corp. and Cross Defendants Patriot Rail,
                                      LLC and Larry Coe

24 Dated: June 18, 2010            WEINTRAUB GENSHLEA CHEDIAK

                                  By: /s/ W. Scott Cameron (as authorized on 6/18/10)
                                      Louis A. Gonzalez, Jr.
                                      W. Scott Cameron
                                      Attorneys for Defendant and Counter Claimant
                                      Sierra Railroad Company

PDF created with pdfFactory trial version www.pdffactory.com

<u>ORDER</u>

As it appears the Parties failed to settle this matter at a voluntary mediation on February 23, 2010, must now complete several depositions both in California and out of state, have experienced a death in the family and a deployment among counsel; have stipulated to an extension of the last day to complete depositions, and as the Court finds good cause to amend its Pretrial Scheduling Order to extend the last day to complete depositions to July 16, 2010, to continue the last day for third parties to respond to outstanding subpoenas to June 25, 2010, continue the date for expert witness disclosure to July 30, 2010, continue the date for supplemental expert witness disclosure to August 19, 2010, and continue the Mandatory Settlement Conference to August 2, 2010.  All other dates contained in the Court's Pretrial Scheduling Order, including the trial date, remain unchanged.

The Court also extends the date by which discovery must be complete so as to permit compliance with the magistrate judge's discovery order filed June 21, 2010 (Docket No. 99), which is hereby adopted in full.

IT IS SO ORDERED.

DATE:  June 23, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE