LISA L. HALKO – SBN 148873
M. THERESA TOLENTINO MEEHAN – SBN 204112
SARAH W. ASPLIN – SBN 260851
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
halkol@gtlaw.com
meehant@gtlaw.com
asplins@gtlaw.com

Attorneys for Plaintiff and Counter Defendant,
Patriot Rail Corp., and Cross Defendants,
Patriot Rail, LLC and Larry Coe

LOUIS A. GONZALEZ, JR., SBN 157373
W. SCOTT CAMERON, SBN 229828
WEINTRAUB GENSHLEA CHEDIAK, A LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone:  (916) 558-6000
Facsimile:  (916) 446-1611
wcameron@weintraub.com
lgonzalez@weintraub.com

Attorneys for Defendant and
Counter-Claimant, Sierra Railroad Company

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>Defendant.<br><br>And Related Counterclaim. | CASE NO.  2:09-cv-00009-MCE-EFB<br><br>STIPULATION AND  ORDER AMENDING PRETRIAL SCHEDULING ORDER TO EXTEND EXPERT DISCOVERY AND DISPOSITIVE MOTION DATES |

<u>STIPULATION AND ORDER</u>

WHEREAS on January 4, 2010, this Court issued its minute order continuing the trial date in this matter to March 19, 2012;

WHEREAS on July 6, 2010, this Court issued its minute order rescheduling the August 2, 2010, Mandatory Settlement Conference ("MSC") in this matter for August 27, 2010;

WHEREAS pursuant to the Court's June 24, 2010, the parties are to disclose expert witnesses and expert reports on or before July 30, 2010, and thereafter disclose rebuttal experts and expert reports on or before August 19, 2010;

WHEREAS pursuant to Section V, "<u>Disclosure Expert Witnesses</u>" of the Court's original May 18, 2009, Pretrial Scheduling Order, the parties are "to complete all discovery of expert witnesses in a timely manner in order to comply with the Court's deadline for filing dispositive motions." (*See* Pretrial Scheduling Order, filed on May 18, 2009, p.4, lns.: 8-10);

WHEREAS the Court's April 29, 2010, Order set August 26, 2010 as the last day to hear dispositive motions in this matter;

WHEREAS as a result of the Court's July 6, 2010, minute order, expert discovery and dispositive motion practice must now be completed prior to the rescheduled MSC set for August 27, 2010;

WHEREAS Plaintiff and Counter Defendant Patriot Rail Corp., Cross Defendants Patriot Rail, LLC and Larry Coe ("Patriot"), and Defendant and Counter Claimant Sierra Railroad Company ("Sierra") (collectively with Patriot, the "Parties") agree that the MSC has the best chance of success if the settlement conference is conducted prior to the completion of expert discovery and dispositive motion practice;

WHEREAS good cause exists for, and none of the parties to this matter shall be prejudiced by, an extension of the last day to disclose expert witness, rebuttal expert witness and the last day for dispositive motions to be heard;

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS the parties further agree that to ensure that efficient completion of both expert discovery and dispositive motion practice should the MSC be unsuccessful, upon the court's approval, a date certain as to the earliest date of when a dispositive motion may be heard should be set along with the last day such a motion may be heard;

WHEREAS the Parties also agree to extend the non-expert discovery cut-off for the limited purpose of allowing third parties responding to outstanding subpoenas to produce documents on or before September 10, 2010; and,

WHEREAS the Parties also believe the extensions contained in this Stipulation and Proposed Order will not affect or require modification of the trial date or any other dates in the Court's Pretrial Scheduling Order.

THE PARTIES, THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, HEREBY STIPULATE pursuant to Fed. R. Civ. P. 16(b)(4) and request that the Court amend its Pretrial Scheduling Order to the following:

- Last day for third parties to respond to outstanding subpoenas served in this action shall be September 10, 2010;
- Disclosure of expert witnesses and reports shall be completed on or before September 24, 2010;
- Disclosure of rebuttal expert witnesses and reports shall be completed on or before October 14, 2010;
- The earliest day a dispositive motion may be heard shall be December 2, 2010;
- The last day to file a dispositive motion shall be November 15, 2010;
- The last day a dispositive motion may be heard shall be December 16, 2010; and,
- The parties will complete all discovery of expert witnesses in a timely manner in order to comply with the deadline for filing dispositive motions.

PDF created with pdfFactory trial version www.pdffactory.com

Dated: July 26, 2010						GREENBERG TRAURIG, LLP


								By: /s/ M. Theresa Tolentino Meehan
								    Lisa L. Halko
								    M. Theresa Tolentino Meehan
								    Sarah W. Asplin
								    Attorneys for Plaintiff/Counter Defendant Patriot
								    Rail Corp. and Cross Defendants Patriot Rail,
								    LLC and Larry Coe


Dated: July 26, 2010						WEINTRAUB GENSHLEA CHEDIAK


								By: /s/ Louis A. Gonzalez, Jr.
								    Louis A. Gonzalez, Jr.
								    W. Scott Cameron
								    Attorneys for Defendant and Counter Claimant
								    Sierra Railroad Company

ORDER

As it appears that resetting the Mandatory Settlement Conference to August 27, 2010, has modified the scheduling in this matter to require the parties to complete expert witness discovery and dispositive motion practice prior to the MSC, completing such work prior to a settlement conference would inhibit settlement discussions, and there are several outstanding third party subpoenas, the Court finds good cause to amend its Pretrial Scheduling Order to set the following deadlines:

- Last day for third parties to respond to outstanding subpoenas served in this action shall be September 10, 2010;
- Disclosure of expert witnesses and reports shall be completed on or before September 24, 2010;
- Disclosure of rebuttal expert witnesses and reports shall be completed on or before October 14, 2010;
- The earliest day a dispositive motion may be heard shall be December 2, 2010;
- The last day to file a dispositive motion shall be November 15, 2010;
- The last day a dispositive motion may be heard shall be December 16, 2010; and,

1
2
- The parties will complete all discovery of expert witnesses in a timely manner in order to comply with the deadline for filing dispositive motions.

3
4     IT IS SO ORDERED.

5
6  Dated: July 26, 2010

7  _____
   MORRISON C. ENGLAND, JR
8  UNITED STATES DISTRICT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com