1  Louis A. Gonzalez, Jr., State Bar No. 157373
   Scott M. Plamondon, State Bar No. 212294
2  **WEINTRAUB GENSHLEA CHEDIAK**
   Law Corporation
3  400 Capitol Mall, 11th Floor
   Sacramento, California 95814
4  (916) 558-6000 – Main
   (916) 446-1611 – Facsimile
5

   Attorneys for Defendant/Counterclaimant
6  Sierra Railroad Company

7  M. Theresa Tolentino Meehan, State Bar No. 204112
   Kevin T. Collins, State Bar No. 185427
8  Melissa A. Jones, State Bar No. 205576
   **Greenberg Traurig, LLP**
9  1201 K Street, Suite 1100
   Sacramento, Ca 95814-3938
10 (916) 442-1111 - Main
   (916) 448-1709 – Facsimile
11

   Attorneys for Plaintiff/Counter Defendant
12 Patriot Rail Corp. and Cross Defendants,
   Patriot Rail, LLC and Larry Coe

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT RAIL CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SIERRA RAILROAD COMPANY, a California corporation, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. CIV-S-09-0009-MCE-EFB <br><br> **STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFF AND COUNTER DEFENDANT PATRIOT RAIL CORP.'S MOTION FOR SUMMARY JUDGMENT** <br><br> <u>**Current Hearing Date:**</u> <br> **Date:** December 2, 2010 <br> **Time:** 2:00 p.m. <br> **Dept.** 7 <br> **Judge:** Morrison C. England, Jr. <br><br> <u>**New Hearing Date:**</u> <br> **Date:** December 16, 2010 <br> **Time:** 2:00 p.m. <br> **Dept.** 7 <br> **Judge:** Morrison C. England, Jr. |

{1265494.DOC;}

Stipulation and [Proposed] Order
2:09-cv-00009-MCE-EFB

PATRIOT RAIL CORP. ("Patriot"), the plaintiff and counter defendant and SIERRA RAILROAD COMPANY ("Sierra"), the defendant and counterclaimant enter into this stipulation, through their counsel, amending the briefing schedule relating to Patriot's currently pending Motion for Summary Judgment ("MSJ") set to be heard by the Court on December 2, 2010;

WHEREAS based on the current hearing date for Patriot's MSJ, Sierra's Opposition would have been due on November 18, 2010, and Patriot's Reply brief would have been due thereafter on November 24, 2010.

WHEREAS Mike Hart, Sierra's CEO and Person Most Knowledgeable has been hospitalized, and is therefore unavailable to participate in the preparation and review of Sierra's Opposition to Patriot's MSJ.

WHEREAS Patriot's counsel M. Theresa Tolentino Meehan, who will be preparing the reply brief and arguing the MSJ, is currently set to appear in an unrelated matter before the California Court of Appeal, Fourth District, in Riverside, California, on December 8, 2010, and thus, unavailable to work on this motion from December 6 through 8, 2010.

THE PARTIES AGREE AND IT IS HEREBY ORDERED that the briefing schedule shall be modified as follows:

1. Sierra's Opposition to Patriot's MSJ shall be due by 12:00 p.m. on Wednesday, December 1, 2010.
2. Patriot's Reply Brief thereafter shall be due by 12:00 p.m. on Friday, December 10, 2010.
3. The hearing on this matter shall be continued to December 16, 2010, at 2:00 p.m. and the current hearing date of December 2, 2010, shall be vacated.
4. No other modifications to the briefing schedule are contemplated by the parties except as expressly set forth herein.

The undersigned, acting for, on behalf of, and with the full authorization of

his or her client identified below, joins in the attached Stipulation for Amendment to Briefing Schedule.

Dated: November 17, 2010   **weintraub** genshlea chediak
a law corporation

By:   /s/ Louis A. Gonzalez, Jr.
Louis A. Gonzalez, Jr.
Scott M. Plamondon
Attorneys for Defendant/Counterclaimant
Sierra Railroad Company

Dated: November 17, 2010   Greenberg Traurig, LLP

By:   /s/ M. Theresa Tolentino Meehan
M. Theresa Tolentino Meehan
Kevin T. Collins
Melissa A. Jones
Attorneys for Plaintiff/Counter Defendant
Patriot Rail Corp. and Cross Defendants,
Patriot Rail, LLC and Larry Coe

**ORDER**

Based on the Stipulation between the Parties, and due to the circumstances described in the Parties' Stipulation, the Court hereby enters the following Order:

IT IS SO ORDERED that Sierra's Opposition to Patriot's MSJ shall be due by 12:00 p.m. on Wednesday, December 1, 2010.  Patriot's Reply Brief thereafter shall be due by 12:00 p.m. on Friday, December 10, 2010.  The hearing on this matter shall be continued to December 16, 2010, at 2:00 p.m. and the current hearing date of December 2, 2010, shall be vacated.

DATED:  November 30, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE