IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRIOT RAIL CORP.,

    Plaintiff,                                    No. CIV S-09-0009 MCE EFB

    vs.

SIERRA RAILROAD COMPANY,

    Defendant.                                    <u>ORDER</u>
_____/

On April 6, 2011, the court heard plaintiff's motion for reconsideration of this court's March 23, 2011 order denying plaintiff's motion for a protective order. Dckt. No. 150. Attorney Melissa Jones appeared on behalf of plaintiff and attorneys Louis Gonzalez and Scott Plamondon appeared on behalf of defendant.

For the reasons stated on the record at the hearing, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration, Dckt. No. 150, is granted and that plaintiff's motion for a protective order, Dckt. No. 146, is granted.

SO ORDERED.

DATED: May 5, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE