1  Louis A. Gonzalez, Jr., State Bar No. 157373
   Scott M. Plamondon, State Bar No. 212294
2  **WEINTRAUB GENSHLEA CHEDIAK**
   Law Corporation
3  400 Capitol Mall, 11th Floor
   Sacramento, California 95814
4  (916) 558-6000 – Main
   (916) 446-1611 – Facsimile
5

6  Attorneys for Defendant/Counterclaimant
   Sierra Railroad Company

7  M. Theresa Tolentino Meehan, State Bar No. 204112
   Kevin T. Collins, State Bar No. 185427
8  Melissa A. Jones, State Bar No. 205576
   **Greenberg Traurig, LLP**
9  1201 K Street, Suite 1100
   Sacramento, Ca 95814-3938
10 (916) 442-1111 - Main
   (916) 448-1709 – Facsimile
11

12 Attorneys for Plaintiff/Counter Defendant
   Patriot Rail Corp. and Cross Defendants,
13 Patriot Rail, LLC and Larry Coe

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PATRIOT RAIL CORP., | Case No. CIV-S-09-0009-MCE-EFB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING HEARING DATE ON SIERRA'S MOTION FOR RECONSIDERATION** |
| vs. | |
| SIERRA RAILROAD COMPANY, a California corporation, | <u>Current Hearing Date:</u><br>Date:   June 23, 2011<br>Time:   2:00 p.m.<br>Dept.   7<br>Judge: Morrison C. England, Jr. |
| Defendants. | |
| | <u>New Hearing Date:</u><br>Date:   July 14, 2011<br>Time:   2:00 p.m.<br>Dept.   7 |
| AND RELATED COUNTERCLAIMS | Judge: Morrison C. England, Jr. |

weintraub genshlea chediak
LAW CORPORATION

## STIPULATION AND ORDER

PATRIOT RAIL CORP. ("Patriot"), the plaintiff and counter defendant and SIERRA RAILROAD COMPANY ("Sierra"), the defendant and counterclaimant enter into this stipulation, through their counsel and pursuant to Sierra's request, to continue the hearing date relating to Sierra's currently pending Motion for Reconsideration ("Motion") set to be heard by the Court on June 23, 2011;

THE PARTIES AGREE AND IT IS HEREBY ORDERED that the hearing on this matter shall be continued to July 14, 2011, at 2:00 p.m. and the current hearing date of June 23, 2011, shall be vacated.

The undersigned, acting for, on behalf of, and with the full authorization of his or her client identified below, joins in the attached [Proposed] Order Continuing Hearing Date on Sierra's Motion For Reconsideration.

Dated: June 20, 2011        **weintraub** genshlea chediak
                            a law corporation


                    By:    /s/ Louis A. Gonzalez, Jr.
                           Louis A. Gonzalez, Jr.
                           Scott M. Plamondon
                           Attorneys for Defendant/Counterclaimant
                           Sierra Railroad Company

Dated: June 20, 2011        Greenberg Traurig, LLP


                    By:    /s/ M. Theresa Tolentino Meehan
                           M. Theresa Tolentino Meehan
                           Kevin T. Collins
                           Melissa A. Jones
                           Attorneys for Plaintiff/Counter Defendant
                           Patriot Rail Corp. and Cross Defendants,
                           Patriot Rail, LLC and Larry Coe

## ORDER

Based on the Stipulation between the Parties the Court hereby enters the following Order: IT IS SO ORDERED that the hearing on this matter shall be continued to July 14, 2011, at 2:00 p.m. and the current hearing date of June 23, 2011, shall be vacated.

Date: 6/21/2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE