1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9
PATRIOT RAIL CORP.,                        No. 2:09-cv-00009 MCE EFB
10

11            Plaintiff,
         v.                                **ORDER**
12
SIERRA RAILROAD COMPANY,
13  a California corporation,

14            Defendant.

15  _____

16  And Related Counterclaim.

17
                            ----oo0oo----
18

19       Presently before the court is a motion (ECF No. 167) brought

20  by Defendant and Counterclaimant Sierra Railroad Company

21  ("Sierra") for a court order modifying the Protective Order in

22  this matter, entered into the parties by stipulation on or about

23  May 21, 2009.  Having reviewed the papers submitted in support of

24  and in opposition to that modification request, the Court believe

25  that some change to the Protective Order is indicated for

26  purposes of permitting certain due diligence disclosures in

27  connection with ongoing acquisition negotiations between Sierra

28  and a prospective purchaser, Iowa Pacific Holdings.

                                   1

1   Given Plaintiff Patriot Rail Corporation's representation that is

2   "remains amenable to discussing a modification that is tailored

3   to allow disclosure of all pertinent information related to

4   Sierra, while still protecting all of Patriot's confidential

5   financial and proprietary information (Opp'n, 3:17-20), the Court

6   will afford the parties fourteen (14) days after the date this

7   Order is filed in order to reach a mutually acceptable revision

8   of the Protective Order as it currently stands.  The parties are

9   directed to thereafter notify the Court as to whether a

10  compromise has been reached.  If no such agreement is forthcoming

11  within the above-referenced time period, the Court will

12  unilaterally make such changes to the Protective Order as it

13  deems appropriate under the circumstances.

14      IT IS SO ORDERED.

15   Dated: October 21, 2011

16

17  _____

18  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

2