UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRIOT RAIL CORP.,                 No. 2:09-cv-00009-MCE-EFB

      Plaintiff,

  v.                               <u>ORDER CONTINUING TRIAL</u>

SIERRA RAILROAD COMPANY,

      Defendant.
_____/

    YOU ARE HEREBY NOTIFIED the March 19, 2012 jury trial is vacated and continued to **July 16, 2012**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **May 3, 2012**.  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the January 19, 2012 Final Pretrial Conference is vacated and continued to **May 17, 2012**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **April 26, 2012** and shall comply with the procedures outlined in the Court's May 18, 2009 Pretrial Scheduling Order.

///

///

1

1  The personal appearances of the trial attorneys or person(s) in
2  pro se is mandatory for the Final Pretrial Conference.
3  Telephonic appearances for this hearing are not permitted.
4       Any evidentiary or procedural motions are to be filed by
5  **April 26, 2012**.  Oppositions must be filed by **May 3, 2012**, and
6  any reply must be filed by **May 10, 2012**.  The motions will be
7  heard by the Court at the same time as the Final Pretrial
8  Conference.
9       IT IS SO ORDERED.

Dated: October 26, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2