Louis A. Gonzalez, Jr., State Bar No. 157373
Scott M. Plamondon, State Bar No. 212294
**WEINTRAUB GENSHLEA CHEDIAK**
**TOBIN & TOBIN**
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Defendant/Counterclaimant
Sierra Railroad Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT RAIL CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SIERRA RAILROAD COMPANY, a California corporation, <br><br> Defendants. | Case No. CIV-S-09-0009-MCE-EFB <br><br> ORDER GRANTING SIERRA RAILROAD COMPANY'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO ENFORCE AMENDED PROTECTIVE ORDER <br><br> Date:   March 1, 2012 <br> Time:   10:00 a.m. <br> Courtroom: 7 |

Following review of the papers submitted in support of an Order to Shorten Time in this matter, as well as the opposition thereto, and good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiff's Application for Order Shortening Time is GRANTED.   Defendant Sierra's Motion to Enforce Amended Protective Order is set for hearing on March 1, 2012 at 10:00 a.m. in Courtroom 7.  Any opposition to said Motion shall be filed not later than February 22, 2012; a reply, if any, is due on February 27, 2012.

Dated: February 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE