UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRIOT RAIL CORP.,  No. 2:09-cv-00009-MCE-EFB

    Plaintiff,

  v.  ORDER CONTINUING TRIAL

SIERRA RAILROAD COMPANY,

    Defendant.
_____/

    YOU ARE HEREBY NOTIFIED the February 25, 2013 jury trial is vacated and continued to **July 1, 2013**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **April 18, 2013**. Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the December 13, 2012 Final Pretrial Conference is vacated and continued to **May 2, 2013**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **April 11, 2013** and shall comply with the procedures outlined in the Court's April 18, 2012 Order. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1 Telephonic appearances for this hearing are not permitted.
2     Any evidentiary or procedural motions are to be filed by
3 **April 11, 2013**.  Oppositions must be filed by **April 18, 2013** and
4 any reply must be filed by **April 25, 2013**.  The motions will be
5 heard by the Court at the same time as the Final Pretrial
6 Conference.
7     IT IS SO ORDERED.

Dated: October 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE