M. THERESA TOLENTINO MEEHAN, SBN 204112
ttmeehan@stoel.com
MELISSA A. JONES, SBN 205576
majones@stoel.com
CARISSA M. BEECHAM, SBN 254625
cmbeecham@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781

MARY-OLGA LOVETT, admitted *pro hac vice*
lovettm@gtlaw.com
STEPHEN E. PAFFRATH, SBN 195932
paffraths@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709

Attorneys for Plaintiff and Counter Defendant,
Patriot Rail Corp.; and Cross Defendants,
Patriot Rail, LLC and Larry Coe

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>                Defendant.<br><br>And Related Counterclaim. | Case No. 2:09-cv-00009-MCE-AC<br><br>STIPULATION AND ORDER TO CONTINUE THE JANUARY 24, 2013, HEARING ON DEFENDANT SIERRA RAILROAD COMPANY'S MOTION TO COMPEL SUPPLEMENTAL DISCOVERY<br><br>Current Hearing Date:<br>Date:       January 24, 2013<br>Time:      2:00 p.m.<br>Dept:       Courtroom 7<br>Judge:     Morrison C. England, Jr.<br><br>New Hearing Date:<br>Date:       February 7, 2013<br>Time:      2:00 p.m.<br>Dept:       Courtroom 7<br>Judge:     Morrison C. England, Jr. |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO CONTINUE HEARING
ON SIERRA'S MOTION TO COMPEL

2:09-CV-00009-MCE-AC

73262735.3 0046217-00001

## STIPULATION

Plaintiff and Counter Defendant Patriot Rail Corp. ("Patriot"), and Defendant and Counter Claimant Sierra Railroad Company ("Sierra"), collectively the "Parties," hereby stipulate and agree as follows:

WHEREAS, on December 20, 2012, Sierra filed a Notice of Motion and Motion To Compel Supplemental Discovery ("Motion").

WHEREAS, the hearing on Sierra's Motion is currently set for January 24, 2013.

WHEREAS the Parties are continuing their meet and confer efforts, and believe that it would be beneficial to continue the hearing on the Motion to February 7, 2013, to allow additional time for the parties to complete the meet and confer and their attempts to resolve this matter informally.

THEREFORE, the Parties, by and through their respective counsel, hereby stipulate and agree that the hearing on Sierra's Motion should be continued from January 24, 2013, to February 7, 2013, or as soon thereafter as the matter may be heard.

The undersigned, acting for, on behalf of, and with the full authorization of his or her client identified below, joins in this Stipulation.

Dated: January 17, 2013          STOEL RIVES, LLP

By: /s/ M. Theresa Tolentino Meehan
    M. Theresa Tolentino Meehan
    Attorneys for Plaintiff and Counter Defendant,
    Patriot Rail Corp.; and Cross Defendants,
    Patriot Rail, LLC and Larry Coe

Dated: January 17, 2013          WEINTRAUB TOBIN

By: /s/ Scott Plamondon (as authorized on January 16, 2013, via email)
    Scott Plamondon
    Attorneys for Defendant and Counter Claimant
    Sierra Railroad Company

## ORDER

IT IS SO ORDERED that the foregoing Stipulation for Continuance is approved and adopted by this Court. The hearing on Defendant and Counter Claimant Sierra Railroad Company's Motion To Compel Supplemental Discovery shall be continued to February 7, 2013, at 2:00 p.m. in Courtroom 7, and the prior hearing on this Motion set for January 24, 2013, shall be vacated.

Dated: January 24, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT