Louis A. Gonzalez, Jr., State Bar No. 157373
Scott M. Plamondon, State Bar No. 212294
Audrey A. Millemann, State Bar No. 124954
**weintraub** tobin chediak coleman grodin
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Defendant/Counter Claimant
Sierra Railroad Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT RAIL CORP., | Case No.: 2:09-CV-00009 |
| Plaintiff, | **STIPULATION** |
| vs. | |
| SIERRA RAILROAD COMPANY, a California corporation, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

**STIPULATION**

Plaintiff and Counter Defendant Patriot Rail Corp. ("Patriot"), and Defendant and Counter Claimant Sierra Railroad Company ("Sierra"), collectively the "Parties," hereby stipulate and agree as follows:

WHEREAS, on December 20, 2012, Sierra filed a Notice of Motion and Motion To Compel Supplemental Discovery ("Motion").

WHEREAS, the hearing on Sierra's Motion is currently set for February 7, 2013.

WHEREAS the Parties are continuing their meet and confer efforts, and believe that it would be beneficial to continue the hearing on the Motion to March 21, 2013, to

allow additional time for the parties to complete the meet and confer and their attempts to resolve this matter informally.

THEREFORE, the Parties, by and through their respective counsel, hereby stipulate and agree that the hearing on Sierra's Motion should be continued from February 7, 2013, to March 21, 2013, or as soon thereafter as the matter may be heard.

The undersigned, acting for, on behalf of, and with the full authorization of his or her client identified below, joins in this Stipulation.

Dated:  January 30, 2013        **STOEL RIVES, LLP**

By:    /s/ M. Theresa Tolentino Meehan
    M. Theresa Tolentino Meehan
Attorneys for Plaintiff and Counter Defendant, Patriot Rail Corp.; and Cross Defendants, Patriot Rail, LLC and Larry Coe

Dated: January 30, 2013         **WEINTRAUB TOBIN**

By:    /s/ Scott M. Plamondon
    Louis A. Gonzalez, Jr.
    Scott M. Plamondon
Attorneys for Defendant and Counter Claimant Sierra Railroad Company

///
///
///
///
///
///
///
///

# ORDER

IT IS SO ORDERED that the foregoing Stipulation for Continuance is approved and adopted by this Court. The hearing on Defendant and Counter Claimant Sierra Railroad Company's Motion To Compel Supplemental Discovery shall be continued to March 21, 2013, at 2:00 p.m. in Courtroom 7, and the prior hearing on this Motion set for February 7, 2013, shall be vacated.

IT IS SO ORDERED.

Dated:   February 4, 2013

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE