EDWARD C. DUCKERS, SBN 242113
ecduckers@stoel.com
M. THERESA TOLENTINO MEEHAN, SBN 204112
ttmeehan@stoel.com
MELISSA A. JONES, SBN 205576
majones@stoel.com
Stoel Rives LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781

MARY-OLGA LOVETT, admitted *pro hac vice*
lovettm@gtlaw.com
STEPHEN E. PAFFRATH, SBN 195932
paffraths@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709

Attorneys for Plaintiff and Counter Defendant, Patriot Rail Corp.; and Cross Defendants, Patriot Rail, LLC and Larry Coe

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>　　　　　　Defendant.<br><br>And Related Counterclaim. | Case No. 2:09-cv-00009-MCE-AC<br><br>ORDER GRANTING PLAINTIFF AND COUNTER DEFENDANT PATRIOT RAIL CORP.'S SECOND REQUEST TO SEAL DOCUMENTS<br><br>Hearing:<br>Date:　　March 21, 2013<br>Time:　　2:00 p.m.<br>Dept:　　Courtroom 7<br>Judge:　　Morrison C. England, Jr. |

Stoel Rives LLP
Attorneys At Law
Sacramento

[PROPOSED] ORDER GRANTING SECOND REQUEST TO SEAL DOCUMENTS

2:09-CV-00009-MCE-AC

73534451.1 0046217-00001

## ORDER

Plaintiff and Counter Defendant Patriot Rail Corp. and Cross Defendants Patriot Rail, LLC and Larry Coe's (collectively, "Patriot") Second Request to Seal Documents in support of its Opposition to the Motion To Compel Supplemental Discovery is hereby GRANTED.

Pursuant to Local Rule 141, Patriot shall submit the following documents to the Clerk for filing under seal: Sacramento Valley Railroad, LLC's 2012 and 2013 Operating Budgets (PRC010560-010561), 2011 Balance Sheet (PRC009817-009818), Profit & Loss Statements (PRC009819-009821), Statement of Cash Flows (PRC009711), 2011 Fixed Asset List from Inception (PRC009712-009713), and 2012 Fixed Asset Additions (PRC010485). The total number of pages submitted under seal is 12.

IT IS SO ORDERED.

DATED: March 18, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE