Louis A. Gonzalez, Jr., State Bar No. 157373
Scott M. Plamondon, State Bar No. 212294
**weintraub** genshlea chediak coleman grodin
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Defendant/Counter-Claimant
Sierra Railroad Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT RAIL CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SIERRA RAILROAD COMPANY, a California corporation, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. CIV-S-09-0009-TLN-AC <br><br> **ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE BY LOUIS A. GONZALEZ, JR. AT HEARING ON MOTION TO AMEND COUNTERCLAIM** <br><br> Date:       June 20, 2013 <br> Time:       2:00 p.m. <br> Courtroom: 2 <br> Judge:      Troy L. Nunley <br> Complaint Filed: |

The Court having reviewed the request of Louis A. Gonzalez, Jr., Counsel for Defendant/Counter-Claimant, Sierra Railroad Company ("Sierra"), to appear by telephone at the hearing on Motion to Amend Counterclaim set for June 20, 2013 at 2:00 p.m. before the Hon. Troy L. Nunley, the request is granted.

Dated:  June 19, 2013

_____
Troy L. Nunley
United States District Judge