EDWARD C. DUCKERS, SBN 242113
ecduckers@stoel.com
M. THERESA TOLENTINO MEEHAN, SBN 204112
ttmeehan@stoel.com
MELISSA A. JONES, SBN 205576
majones@stoel.com
Stoel Rives LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781

MARY-OLGA LOVETT, admitted *pro hac vice*
lovettm@gtlaw.com
STEPHEN E. PAFFRATH, SBN 195932
paffraths@gtlaw.com
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709

Attorneys for Plaintiff and Counter Defendant,
Patriot Rail Corp.; and Cross Defendants,
Patriot Rail, LLC and Larry Coe

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>　　　　　Defendant.<br><br>And Related Counterclaim. | Case No. 2:09-cv-00009-TLN-AC<br><br>ORDER GRANTING PLAINTIFF AND COUNTER DEFENDANT PATRIOT RAIL CORP.'S REQUEST TO SEAL DOCUMENTS |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

ORDER GRANTING REQUEST TO SEAL DOCUMENTS

2:09-CV-00009-TLN-AC

73256987.1 0046217-00001

# [PROPOSED] ORDER

Plaintiff and Counter Defendant Patriot Rail Corp. and Cross Defendants Patriot Rail, LLC and Larry Coe's (collectively, "Patriot") Request to Seal Documents in support of its Opposition to the Motion To Compel Supplemental Discovery is hereby GRANTED.

Pursuant to Local Rule 141, Patriot shall submit the following documents on CD in .pdf searchable format to the Clerk for filing under seal: the May 4, 2012, Stock Purchase Agreement by and between non-parties Patriot Rail Holdings LLC and Patriot Funding LLC produced to Defendant and Counter Claimant Sierra Railroad Company in the instant litigation and Bates stamped HIGHLY CONFIDENTIAL/PRC-010131-010136, 010139-010148, 010150-010155, 010157-010403, and 010475-010478. The total number of pages submitted under seal is 273.

Dated: July 29, 2013

_____
Troy L. Nunley
United States District Judge