MARY-OLGA LOVETT, admitted *pro hac vice*
lovettm@gtlaw.com
STEPHEN E. PAFFRATH, SBN 195932
paffraths@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709

Attorneys for Plaintiff and Counter Defendant,
Patriot Rail Corp., and Cross Defendants,
Patriot Rail, LLC and Larry Coe

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware Corporation,<br><br>       Plaintiff,<br><br>v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>       Defendant.<br><br>And Related Counterclaim. | CASE NO. 2:09-CV-00009-TLN-AC<br><br>ORDER GRANTING REQUEST TO SEAL DOCUMENTS IN SUPPORT OF PLAINTIFF AND CROSS-DEFENDANTS' EVIDENTIARY MOTIONS<br><br>Hearing:<br>Date:      January 30, 2014<br>Time:      2:00 p.m.<br>Dept:       Courtroom 2<br>Judge:     Troy L. Nunley |

## ORDER

This matter is before the Court on Plaintiff/Counter Defendant Patriot Rail Corp. and Cross Defendants Patriot Rail, LLC and Larry Coe's (collectively, Patriot) Request to Seal Documents in Support of Plaintiff's Evidentiary Motions. After reviewing all briefing filed with the Court on the instant Request, and as good cause has been demonstrated to maintain the confidential nature of the documents at issue, the Request to Seal Documents is GRANTED.

Dated: January 17, 2014

Troy L. Nunley
United States District Judge