MCGREGOR W. SCOTT (State Bar No. 142413)
mcgregor.scott@orrick.com
NORMAN C. HILE (State Bar No. 57299)
nhile@orrick.com
MICHAEL C. WEED (State Bar No. 199675)
mweed@orrick.com
J.R. RIDDELL (State Bar No. 225004)
jriddell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:      (916) 447-9200
Facsimile:       (916) 329-4900

Attorneys for Defendant and Counterclaimant
Sierra Railroad Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>Defendant. | Case No. 2:09-cv-00009-TLN-AC<br><br>**ORDER GRANTING SIERRA RAILROAD COMPANY'S REQUEST TO SEAL DOCUMENTS**<br><br>Date:       January 30, 2014<br>Time:      2:00 p.m.<br>Dept:       Courtroom 2<br>Judge:     Hon. Troy L. Nunley |
| AND RELATED COUNTERCLAIMS. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Court, having considered Defendant and Counterclaimant Sierra Railroad Company's ("Sierra's") Notice of Request and Request to Seal Documents and the materials filed with the Court regarding the Request, hereby rules as follows.

IT IS HEREBY ORDERED that: Having shown good cause to maintain the confidential nature of the documents and testimony subject to the Request, Defendant and Counterclaimant Sierra Railroad Company's Request to Seal Documents is **GRANTED** and the below identified documents are ordered filed under seal.

1. The March 20, 2008 Letter of Intent between Sierra Railroad Company and Patriot Rail LLC, attached as Exhibit A to the Declaration of Michael Weed in Support of Sierra Railroad Company's Motion in Limine No. 2.

2. The December 19, 2008 letter from Gary Marino to Michael Hart, attached as Exhibit B to the Declaration of Michael Weed in Support of Sierra Railroad Company's Motion in Limine No. 2.

3. Excerpts containing confidential information from the Deposition of Frank Myers, attached as Exhibit C to the Declaration of Michael Weed in Support of Sierra Railroad Company's Motion in Limine No. 3. Non-confidential excerpts are not being filed under seal.

4. The expert report of Mr. Lon Hatamiya, "Patriot Rail Corp.'s Response to McClellan Business Park's 2007 Request for Proposal," attached as Exhibit B to the Declaration of Michael Weed in Support of Sierra Railroad Company's Motion in Limine No. 1.

IT IS SO ORDERED.

Dated: January 17, 2014

Troy L. Nunley
United States District Judge

ORDER GRANTING SIERRA RAILROAD COMPANY'S REQUEST TO SEAL DOCUMENTS