MCGREGOR W. SCOTT (State Bar No. 142413)
mcgregor.scott@orrick.com
NORMAN C. HILE (State Bar No. 57299)
nhile@orrick.com
MICHAEL C. WEED (State Bar No. 199675)
mweed@orrick.com
J.R. RIDDELL (State Bar No. 225004)
jriddell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:    (916) 447-9200
Facsimile:     (916) 329-4900

Attorneys for Defendant and Counterclaimant
Sierra Railroad Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>              Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:09-cv-00009-TLN-AC<br><br>**ORDER GRANTING SIERRA RAILROAD COMPANY'S SECOND REQUEST TO SEAL DOCUMENTS**<br><br>Date:     January 30, 2014<br>Time:    2:00 p.m.<br>Dept:    Courtroom 2<br>Judge:   Hon. Troy L. Nunley |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Court, having considered Defendant and Counterclaimant Sierra Railroad Company's ("Sierra's") Second Notice of Request and Request to Seal Documents and the materials filed with the Court regarding the Request, hereby rules as follows.

IT IS HEREBY ORDERED that:  Having shown good cause to maintain the confidential nature of the information subject to the Request, Defendant and Counterclaimant Sierra Railroad Company's Second Request to Seal Documents is **GRANTED** and the below identified documents are ordered filed under seal.

1. Sierra Railroad Company's Motion in Limine No. 4 To Exclude Documents That Patriot Has Failed To Timely Produce In Discovery, filed January 9, 2014, Docket No. 328.

IT IS SO ORDERED.

Dated: January 17, 2014

_____
Troy L. Nunley
United States District Judge

- 1 -

ORDER GRANTING SIERRA RAILROAD COMPANY'S SECOND REQUEST TO SEAL DOCUMENTS