1  MARY-OLGA LOVETT, admitted *pro hac vice*
   lovettm@gtlaw.com
2  STEPHEN E. PAFFRATH, SBN 195932
   paffraths@gtlaw.com
3  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
4  Sacramento, CA  95814-3938
   Telephone:  (916) 442-1111
5  Facsimile:  (916) 448-1709

6
   Attorneys for Plaintiff and Counter Defendant,
7  Patriot Rail Corp., and Cross Defendants,
   Patriot Rail, LLC and Larry Coe

8

9

10

11                         UNITED STATES DISTRICT COURT

12                      FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14  PATRIOT RAIL CORP., a Delaware              CASE NO. 2:09-CV-00009-TLN-AC
    Corporation,

15         Plaintiff,
                                                ORDER GRANTING REQUEST TO
16  v.                                          SEAL DOCUMENTS IN SUPPORT OF
                                                PLAINTIFF'S OPPOSITION TO
17  SIERRA RAILROAD COMPANY, a                  DEFENDANT'S MOTION IN LIMINE
    California corporation,                     NO. 1
18
           Defendant.
19

20  And Related Counterclaim.                   Trial:
                                                Date:       March 10, 2014
21                                              Time:       9:00 a.m.
                                                Dept:       Courtroom 2
22                                              Judge:      Troy L. Nunley

23

24

25

26

27

28

Case No. 2:09-CV-00009-TLN-AC
REQUEST TO SEAL DOCUMENTS –  ORDER

1  ORDER

2  This matter is before the Court on Plaintiff/Counter Defendant Patriot Rail Corp. and Cross Defendants Patriot Rail, LLC and Larry Coe's (collectively, Patriot) Request to Seal Documents in Support of Patriot's opposition to Defendant and Counterclaimant Sierra Railroad Company's Motion *in Limine* No. 1. After reviewing all briefing filed with the Court on the instant Request, and as good cause has been demonstrated to maintain the confidential nature of the documents at issue, the Request to Seal Documents is GRANTED.

Dated: January 24, 2014

Troy L. Nunley
United States District Judge