```
1   MCGREGOR W. SCOTT (State Bar No. 142413)
    mcgregor.scott@orrick.com
2   NORMAN C. HILE (State Bar No. 57299)
    nhile@orrick.com
3   MICHAEL C. WEED (State Bar No. 199675)
    mweed@orrick.com
4   J.R. RIDDELL (State Bar No. 225004)
    jriddell@orrick.com
5   ORRICK, HERRINGTON & SUTCLIFFE LLP
    400 Capitol Mall, Suite 3000
6   Sacramento, CA  95814-4497
    Telephone:    (916) 447-9200
7   Facsimile:    (916) 329-4900

8   Attorneys for Defendant and Counterclaimant
    Sierra Railroad Company
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| PATRIOT RAIL CORP., a Delaware corporation, | Case No. 2:09-cv-00009-TLN-AC |
|---|---|
| Plaintiff, | **ORDER GRANTING SIERRA RAILROAD COMPANY'S REQUEST TO SEAL DOCUMENTS** |
| v. | |
| SIERRA RAILROAD COMPANY, a California corporation, | Date:  January 30, 2014<br>Time:  2:00 p.m.<br>Dept:  Courtroom 2<br>Judge: Hon. Troy L. Nunley |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The Court, having considered Defendant and Counterclaimant Sierra Railroad Company's ("Sierra's") Notice of Request and Request to Seal Documents and the materials filed with the Court regarding the Request, hereby rules as follows.

IT IS HEREBY ORDERED that:  Having shown good cause to maintain the confidential nature of the documents and testimony subject to the Request, Defendant and Counterclaimant Sierra Railroad Company's Request to Seal Documents is **GRANTED** and the below identified documents are ordered filed under seal.

<u>Confidential Documents in support of Sierra's Oppositions to Patriot's Motion in Limine No. 5 and Motion to Exclude Certain Opinions and Testimony of Forrest Vickery.</u>

1. The Second Supplemental Expert Report of Mr. Forrest Vickery, attached as <u>Exhibit A</u> to the Declaration of Forrest A. Vickery in Support of Sierra Railroad Company's Opposition to Patriot's Motion to Exclude Certain Opinions and Testimony of Sierra's Expert, Forrest Vickery.

2. The March 20, 2008 Letter of Intent between Sierra Railroad Company and Patriot Rail LLC, attached as <u>Exhibit A</u> to the Declaration of Michael C. Weed in Support of Sierra Railroad Company's Oppositions to Patriot's Motion in Limine No. 5 and Motion to Exclude Certain Opinions of Forrest Vickery.

3. The July 23, 2008 Draft Disclosure Report for the Acquisition of Sierra Northern Railway by Patriot Rail Corp., attached as <u>Exhibit B</u> to the Declaration of Michael C. Weed in Support of Sierra Railroad Company's Oppositions to Patriot's Motion in Limine No. 5 and Motion to Exclude Certain Opinions of Forrest Vickery.

4. The Patriot Rail Corp. Financing Opportunity—UBS, attached as <u>Exhibit C</u> to the Declaration of Michael C. Weed in Support of Sierra Railroad Company's Oppositions to Patriot's Motion in Limine No. 5 and Motion to Exclude Certain Opinions of Forrest Vickery.

5. The rebuttal expert report of Mr. John Taylor, attached as <u>Exhibit D</u> to the Declaration of Michael C. Weed in Support of Sierra Railroad Company's Oppositions to Patriot's Motion in Limine No. 5 and Motion to Exclude Certain Opinions of Forrest Vickery.

/ / /

6. The expert report of Mr. John Taylor, attached as <u>Exhibit E</u> to the Declaration of Michael C. Weed in Support of Sierra Railroad Company's Oppositions to Patriot's Motion in Limine No. 5 and Motion to Exclude Certain Opinions of Forrest Vickery.

7. Excerpts from the Deposition of Frank Myers taken in this matter on July 13, 2010, attached as <u>Exhibit F</u> to the Declaration of Michael C. Weed in Support of Sierra Railroad Company's Oppositions to Patriot's Motion in Limine No. 5 and Motion to Exclude Certain Opinions of Forrest Vickery.

<u>Confidential Documents in Support of Sierra's Trial Brief</u>

8. September 10, 2007 email from S. Hecker (on behalf of G. Marino) to M. Hart re: Stock Purchase Offer, attached as <u>Exhibit C</u> to the Michael C. Weed Declaration in Support of Sierra's Trial Brief.

9. The March 20, 2008 Letter of Intent between Sierra Railroad Company and Patriot Rail LLC, attached as <u>Exhibit D</u> to the Michael C. Weed Declaration in Support of Sierra's Trial Brief.

10. February 16, 2007 email from D. Compton to L. Kelley and S. Lichter re: Sierra Northern Rail Road, attached as <u>Exhibit E</u> to the Michael C. Weed Declaration in Support of Sierra's Trial Brief.

11. July 11, 2007 email from A. Fearon to S. Bibbins re: Patriot Rail, attached as <u>Exhibit F</u> to the Michael C. Weed Declaration in Support of Sierra's Trial Brief.

12. August 6, 2007 letter from S. Wlotko to D. Compton enclosing Patriot's presentation to McClellan, attached as <u>Exhibit G</u> to the Michael C. Weed Declaration in Support of Sierra's Trial Brief.

13. Excerpts from the Deposition of Stanley Wlotko taken in this matter on April 14, 2010, attached as <u>Exhibit H</u> to the Michael C. Weed Declaration in Support of Sierra's Trial Brief, at 228-29, 235-36.

14. Excerpts from the Deposition of Frank Myers taken in this matter on July 13, 2010, attached as <u>Exhibit I</u> to the Michael C. Weed Declaration in Support of Sierra's Trial Brief, at 128-36, 151-53, 243-44.

15. Excerpts from the Deposition of Gary Marino taken in this matter on June 2, 2010, attached as Exhibit J to the Michael C. Weed Declaration in Support of Sierra's Trial Brief, at 20, 122-25.

16. Patriot's November 15, 2007 proposal to McClellan, attached as Exhibit K to the Michael C. Weed Declaration in Support of Sierra's Trial Brief.

17. January 30, 2008 email from S. Hecker (on behalf of G. Marino) to M. Hart re: McClellan Park, attached as Exhibit L to the Michael C. Weed Declaration in Support of Sierra's Trial Brief.

18. Railroad Industries, Inc.'s June 8, 2007 Marketing Package prepared for Sierra Railroad Company, attached as Exhibit N to the Michael C. Weed Declaration in Support of Sierra's Trial Brief.

19. Sierra's June 13, 2007 Proposal to McClellan Park, attached as Exhibit O to the Michael C. Weed Declaration in Support of Sierra's Trial Brief.

20. California Northern Railroad Co.'s November 15, 2007 Proposal to McClellan Park, attached as Exhibit Q to the Michael C. Weed Declaration in Support of Sierra's Trial Brief.

21. May 10, 2007 email from G. Hunter to B. Marks re: Sierra Northern Opportunities, attached as Exhibit R to the Michael C. Weed Declaration in Support of Sierra's Trial Brief.

22. August 31, 2007 email from M. Hart to G. Marino et al. re: McClellan Letter, attached as Exhibit S to the Michael C. Weed Declaration in Support of Sierra's Trial Brief.

23. Portland & Western Railroad's November 15, 2007 Proposal to McClellan, attached as Exhibit T to the Michael C. Weed Declaration in Support of Sierra's Trial Brief.

24. Sierra Northern Railway's November 16, 2007 Proposal to McClellan, attached as Exhibit U to the Michael C. Weed Declaration in Support of Sierra's Trial Brief.

25. McClellan Park's October 11, 2007 Request for Proposal, attached as Exhibit V to the Michael C. Weed Declaration in Support of Sierra's Trial Brief.

/ / /

26. November 1, 2007 email from D. Compton to various recipients re: Request for Information, attached as <u>Exhibit X</u> to the Michael C. Weed Declaration in Support of Sierra's Trial Brief.

27. November 5, 2007 email from D. Compton to various recipients re: Request for Information, attached as <u>Exhibit Y</u> to the Michael C. Weed Declaration in Support of Sierra's Trial Brief.

28. November 8, 2007 email from D. Compton to various recipients re: Request for Information, attached as <u>Exhibit Z</u> to the Michael C. Weed Declaration in Support of Sierra's Trial Brief.

29. November 26, 2008 email exchange between M. Hart and B. Marks re: Real Estate Cost Basis for Net Proceeds, attached as <u>Exhibit CC</u> to the Michael C. Weed Declaration in Support of Sierra's Trial Brief.

30. July 23, 2008 Draft Disclosure Report for the Acquisition of the Sierra Northern Railway by Patriot Rail Corp., attached as <u>Exhibit DD</u> to the Michael C. Weed Declaration in Support of Sierra's Trial Brief.

31. June 6, 2008 letter from Plainfield Direct Inc. to Patriot Rail Corp., attached as <u>Exhibit EE</u> to the Michael C. Weed Declaration in Support of Sierra's Trial Brief.

32. August 8, 2008 to August 22, 2008 email exchange between J. Bencivenga and M. Hagan et al. re: Patriot Financing Update, attached as <u>Exhibit FF</u> to the Michael C. Weed Declaration in Support of Sierra's Trial Brief.

33. Schedule 1 – Gross Revenue Participation Five (5) Year Term, attached as <u>Exhibit GG</u> to the Michael C. Weed Declaration in Support of Sierra's Trial Brief. Sierra Railroad – L. Coe on-site trip April 12, 2008, attached as <u>Exhibit JJ</u> to the Michael C. Weed Declaration in Support of Sierra's Trial Brief.

IT IS SO ORDERED.

_____
Troy L. Nunley
United States District Judge

Dated: January 24, 2014