1  MCGREGOR W. SCOTT (State Bar No. 142413)
   mcgregor.scott@orrick.com
2  NORMAN C. HILE (State Bar No. 57299)
   nhile@orrick.com
3  MICHAEL C. WEED (State Bar No. 199675)
   mweed@orrick.com
4  J.R. RIDDELL (State Bar No. 225004)
   jriddell@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
6  Sacramento, CA  95814-4497
   Telephone:    (916) 447-9200
7  Facsimile:    (916) 329-4900

8  Attorneys for Defendant and Counterclaimant
   Sierra Railroad Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:09-cv-00009-TLN-AC<br><br>**ORDER GRANTING SIERRA RAILROAD COMPANY'S REQUEST TO SEAL DOCUMENTS**<br><br>Date:　　March 10, 2014<br>Time:　　9:00 a.m.<br>Dept:　　Courtroom 2<br>Judge:　　Hon. Troy L. Nunley |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Court, having considered Defendant and Counterclaimant Sierra Railroad Company's ("Sierra's") Notice of Request and Request to Seal Documents and the materials filed with the Court regarding the Request, hereby rules as follows.

IT IS HEREBY ORDERED that:  Having shown good cause to maintain the confidential nature of the documents and testimony subject to the Request, Defendant and Counterclaimant Sierra Railroad Company's Request to Seal Documents is **GRANTED** and the below identified documents are ordered filed under seal.

<u>Confidential Documents in Support of Sierra's Reply Trial Brief</u>

1. September 25, 2008 email from B. Marks to M. Hart re: Business issues, attached as <u>Exhibit A</u> to the Michael C. Weed Declaration in Support of Sierra's Reply Trial Brief.

2. September 4, 2008 email from B. Marks and D. Magaw re: Due Diligence Request, attached as <u>Exhibit L</u> to the Michael C. Weed Declaration in Support of Sierra's Reply Trial Brief.

3. Stock Purchase Agreement dated December 19, 2008, attached as <u>Exhibit M</u> to the Michael C. Weed Declaration in Support of Sierra's Reply Trial Brief.

IT IS SO ORDERED.

Dated: January 31, 2014

_____
Troy L. Nunley
United States District Judge