1    MARY-OLGA LOVETT, admitted *pro hac vice*       MCGREGOR W. SCOTT, SBN 142413
     lovettm@gtlaw.com                               Mcgregor.scott@orrick.com
2    STEPHEN E. PAFFRATH, SBN 195932                 MICHAEL C. WEED, SBN 199675
     paffraths@gtlaw.com                             mweed@orrick.com
3    GREENBERG TRAURIG, LLP                          ORRICK, HERRINGTON & SUTCLIFFE
     1201 K Street, Suite 1100                       LLP
4    Sacramento, CA 95814                            400 Capitol Mall, Suite 3000
     Telephone:  (916) 442-1111                      Sacramento, CA 95814
5    Facsimile:  (916) 448-1709                      Telephone: (916) 447-9200
                                                     Facsimile: (916) 329-4900
6    Attorneys for Plaintiff and Counter-Defendant,
     Patriot Rail Corp.; and Cross-Defendants,       Attorneys for Defendant and Counterclaimant
7    Patriot Rail, LLC and Larry Coe                 Sierra Railroad Company

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10                             SACRAMENTO DIVISION

11

12   PATRIOT RAIL CORP., a Delaware              Case No. 2:09-cv-00009-TLN-AC
     corporation,
13                                               STIPULATION AND ORDER OF
                    Plaintiff,                   DISMISSAL OF CERTAIN CLAIMS BY
14                                               PATRIOT AND SIERRA AND SIERRA'S
            v.                                   CLAIMS AGAINST LARRY COE
15
     SIERRA RAILROAD COMPANY, a                  Trial:
16   California corporation,                     Date:       March 10, 2014
                                                 Time:       9:00 a.m.
17                  Defendant.                   Dept:       Courtroom 2
                                                 Judge:      Troy L. Nunley
18

19   And Related Counterclaim

20

21

22

23

24

25

26

27

28

**STIPULATION OF DISMISSAL**

Patriot Rail Corp. (together with Patriot Rail, LLC, "Patriot") and Sierra Railroad Company ("Sierra") file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A).

On February 18, 2014, Patriot filed a motion for leave to file its second amended complaint, dismissing two of Patriot's claims against Sierra.  At the *Daubert* hearing on February 21, 2014, and in the Minute Order (Dkt. 401) issued on March 5, 2014, the Court informed Patriot that it would not grant Patriot leave to amend its complaint, but granted the parties leave to file a stipulated dismissal under Federal Rule of Civil Procedure 41(a)(1)(A).

Accordingly, Patriot and Sierra file this stipulation and [proposed] order of dismissal, dismissing the fourth and fifth causes of action from Patriot's first amended complaint (Dkt. 61): Patriot's federal unfair competition and common law violations claim; and its California Business and Professions Code section 17200 claim against Sierra.

In addition, Patriot and Sierra stipulate to the dismissal of the eighth claim for relief from Sierra's Second Amended Counterclaim (Dkt. 299): Sierra's federal unfair competition and common law violations claim.

Furthermore, Patriot and Sierra stipulate to the dismissal of Sierra's claims against cross-defendant Larry Coe.  Sierra and Coe have entered into a mutual release of all claims (attached hereto as Exhibit A), whether currently known or unknown, including the express waiver of the provisions of California Civil Code section 1542.  Patriot and Sierra have further agreed that Mr. Coe is not required to be present at trial pursuant to Stipulation No. 8 in the Amended Joint Pretrial Statement (Dkt. 316), though Patriot agrees to produce Mr. Coe as a witness at trial upon two business days' notice from Sierra to Patriot.

/ / /

/ / /

/ / /

/ / /

/ / /

Dated:  March 21, 2014

MARY-OLGA LOVETT
STEPHEN E. PAFFRATH
GREENBERG TRAURIG, LLP


By:  /s Mary-Olga Lovett (as authorized on 3/20/14)
MARY-OLGA LOVETT
Attorneys for Plaintiff and Counter-Defendant
Patriot Rail Corp. and Cross-Defendants Patriot Rail,
LLC and Larry Coe

Dated:  March 21, 2014

MCGREGOR W. SCOTT
MICHAEL C. WEED
ORRICK, HERRINGTON & SUTCLIFFE LLP


By:  /s Michael C. Weed
MICHAEL C. WEED
Attorneys for Defendant and Counterclaimant
Sierra Railroad Company

### ORDER

IT IS ORDERED that Patriot's and Sierra's respective federal unfair competition and common law violations claims, Patriot's California Business and Professions Code section 17200 claim against Sierra, and Sierra's claims against Larry Coe, are hereby dismissed.


Dated: March 27, 2014



Troy L. Nunley
United States District Judge