

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>             Defendant.<br><br>And Related Counterclaims | 2:09-cv-0009-TLN-AC<br><br>VERDICT FORMS |

WE, THE JURY, FIND AS FOLLOWS:

### Patriot Rail Corp.'s Claims Against Sierra Railroad Company

*For each claim, select one of the two options listed in part (a). Answer subsequent parts if appropriate.*

1.   (a)    Do you find that Patriot proved that Sierra breached the binding provisions of the 2008 Letter of Intent?

       \_\_\_\_\_ Yes                √ No

*If you answered yes, indicate the amount of loss that you found and then go to question 2.*

*If you answered no, go to question 2.*

        Due Diligence Costs        $ _____

2. (a) Do you find that Patriot proved that Sierra breached the 2008 Letter of Intent's Implied Covenant of Good Faith and Fair Dealing?

_____ Yes ✓ No

*If you answered yes, indicate the amount of loss that you found and then go to question 3. (Although each of the items of damages is only recoverable once, you should state the amount you found for each claim.)*

*If you answered no, go to question 3.*

Due Diligence Costs $ _____

3. (a) Do you find that Patriot proved that Sierra concealed information in the 2008 Letter of Intent?

_____ Yes        ✓ No

*If you answered yes, indicate the amount of loss that you found, answer part (b), sign below, and then go to General Verdict Form, No. 2. (Although each of the items of damages is only recoverable once, you should state the amount you found for each claim.)*
*If you answered no, sign below and go to General Verdict Form, No. 2.*

Due Diligence Costs    $ _____

(b) With respect to this claim, do you find that Patriot proved that conduct constituting malice, oppression, or fraud was committed by one or more officers, directors, or managing agents of Sierra?

__Yes__        _____ No

Signed: [signature]        Dated: 3/28/14

Presiding Juror

AS TO:

**<u>Sierra Railroad Company's Claims Against Patriot Rail Corp. and Patriot Rail, LLC</u>**

*For each claim, select one of the two options listed in part (a). Answer subsequent parts if appropriate.*

1.    (a)   Do you find that Sierra proved that Patriot misappropriated Sierra's trade secrets?

    √ Yes                 ____ No

*If you answered yes, answer parts (b), (c), and (d), and then go to question 2. (Although each of the items of damages is only recoverable once, you should state the amount you found for each claim.)*

*If you answered no, go to question 2.*

    *Actual loss and unjust enrichment are different measures of recovery. You must independently determine the amount for each.*

   (b)   Do you find that Sierra proved that it suffered an actual loss as a result of Patriot's misappropriation of Sierra's trade secrets?

    √ Yes                 ____ No

*If you answered yes, please indicate the amount of loss that you found.*

Lost Profits            $ 4,262,000

Loss in Business Value    $ 18,000,000

(c) Do you find that Sierra proved that Patriot was unjustly enriched by its misappropriation of Sierra's trade secrets?

√ Yes          ____ No

*If you answered yes, please indicate the amount of unjust enrichment you found.*

Unjust Enrichment     $ 14,681,000

(d) With respect to this claim, do you find that Sierra proved that one or more officers, directors, or managing agents of Patriot acted willfully and maliciously in misappropriating Sierra's trade secrets?

√ Yes          ____ No

2. (a) Do you find that Sierra proved that Patriot intentionally interfered with Sierra's prospective economic advantage with McClellan Business Park?

__✓__ Yes  _____ No

*If you answered yes, indicate the amount of loss that you found, answer part (b), and then go to question 3. (Although each of the items of damages is only recoverable once, you should state the amount you found for each claim.)*

*If you answered no, go to question 3.*

Lost Profits              $ 4,282,000
Loss in Business Value    $ 18,000,000

(b) With respect to this claim, do you find that Sierra proved that conduct constituting malice, oppression, or fraud was committed by one or more officers, directors, or managing agents of Patriot?

__✓__ Yes  _____ No

3. (a) Do you find that Sierra proved that Patriot negligently interfered with Sierra's prospective economic advantage with McClellan Business Park?

✓ Yes ____ No

(b) Was Sierra Negligent?

____ Yes ✓ No

*If you answered yes to 3(b), then answer question 3(c)*

(c) What percentage of such total negligence is attributable to:

a. Patriot     Answer_____%
b. Sierra      Answer_____%

*If you answered yes to 3(a), then indicate the amount of loss that you found below. Do not factor in any percentage found in 3(c) in your answer. (Although each of the items of damages is only recoverable once, you should state the amount you found for each claim.)*
*If you answered no to 3(a), go to question 4.*

Lost Profits           $ 4,282,000
Loss in Business Value $ 18,000,000

-7-

    (d)  With respect to this claim, do you find that Sierra proved that conduct constituting malice, oppression, or fraud was committed by one or more officers, directors, or managing agents of Patriot?

    __✓__ Yes             _____ No

4. (a) Do you find that Sierra proved that Patriot breached the 2005 Non-Disclosure Agreement?

__✓__ Yes  _____ No

*If you answered yes, indicate the amount of loss that you found and then go to question 5. (Although each of the items of damages is only recoverable once, you should state the amount you found for each claim.)*

*If you answered no, go to question 5.*

Lost Profits            $ 4,282,000

Loss in Business Value  $ 16,000,000

5.  *If you answered yes to part (a) of at least one of questions 1-4 listed above, please complete the following. If you answered no to part (a) of each and every one of questions 1-4, skip this section, and sign and date this form.*

*Each of the following items of damages is only recoverable once. If you found these categories of damages under any theory identified above, state the highest amount you found. If you did not find any of these damages, put a zero in each space.*

1.  Lost Profits           $ 4,282,000
2.  Loss in Business Value $ 18,000,000

Total Damages Award: $ 22,282,000

*In question 1(c), if you found that Patriot was unjustly enriched in an amount greater than Sierra's Total Damages, state the amount that is in excess of Sierra's Total Damages (i.e. subtract the Total Damages from the amount of unjust enrichment listed in question 1(c)). If you found that Sierra's Total Damages is greater than the amount in question 1(c), then put a zero in this space.*

1.  Unjust Enrichment Award    $ 0 [crossed out]

We award Sierra the following amount against Patriot:   $ 22,282,000
(Total Damages Award + Unjust Enrichment Award)

Signed: [signature]                    Dated: 3/28/14
        Presiding Juror