MARY-OLGA LOVETT, admitted *pro hac vice*
lovettm@gtlaw.com
STEPHEN E. PAFFRATH, SBN 195932
paffraths@gtlaw.com
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone: (916) 442-1111
Facsimile: (916) 448-1709

Attorneys for Plaintiff and Counter Defendant,
Patriot Rail Corp.; and Cross Defendants,
Patriot Rail, LLC and Larry Coe

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>　　　　　　Defendant.<br><br>And Related Counterclaim. | Case No. 2:09-CV-00009- TLN-AC<br><br>ORDER GRANTING PATRIOT'S MOTION FOR REDACTION OF TRANSCRIPT OF FEBRUARY 21, 2014 HEARING<br><br><u>Trial:</u><br>Date:　　May 8, 2014<br>Time:　　2:00 p.m.<br>Dept:　　Courtroom 2<br>Judge:　　Troy L. Nunley |

ORDER

This matter is before the Court on Plaintiff/Counter Defendant Patriot Rail Corp. and Cross Defendants Patriot Rail, LLC and Larry Coe's (collectively, Patriot) Request to Redact the Transcript of the February 21, 2014 Hearing in this action. After reviewing all briefing filed with the Court on the instant Motion, and as good cause has been demonstrated to maintain the confidential nature of the financial information at issue, the Request to Redact the February 21 2014 hearing transcript is GRANTED.

The amounts identified in the following pages and lines of the Reporter's Transcript shall be redacted:

Page 25, lines 22 and 23;

Page 41, line 25;

Page 42, line 2;

Page 45, lines 1 and 2;

Page 48, line 18.

IT IS SO ORDERED

Dated: March 31, 2014

_____
Troy L. Nunley
United States District Judge