**FILED**
MAY - 1 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>　　　　　　　Defendant.<br><br>And Related Counterclaims | 2:09-cv-0009-TLN-AC<br><br>VERDICT FORM – PUNITIVE DAMAGES PHASE |

*Answer parts (a) and (b), then sign and date the verdict form.*

We award Sierra the following amount of punitive damages against:

　　(a) Patriot Rail Corp. (aka Patriot Rail Company LLC):　　$ 16,200,000

　　(b) Patriot Rail, LLC (aka Pacific Rail LLC):　　$ 1,200,000

Signed: _____[signature] #8_____　　　Dated: 5-1-14

　　　　Presiding Juror

*After the verdict form has been signed, notify the clerk that you are ready to present your verdict in the courtroom.*