MARY-OLGA LOVETT, admitted *pro hac vice*
lovettm@gtlaw.com
STEPHEN E. PAFFRATH, SBN 195932
paffraths@gtlaw.com
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709

Attorneys for Plaintiff and Counter Defendant,
Patriot Rail Corp., and Cross Defendant,
Patriot Rail, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>        Defendant.<br><br>And Related Counterclaim. | CASE NO. 2:09-CV-00009-TLN-AC<br><br>ORDER GRANTING REQUEST TO SEAL EXHIBITS TO THE DECLARATION IN SUPPORT OF PATRIOT'S RESPONSE BRIEF<br><br><br>Trial:<br>Date:          April 28, 2014<br>Time:         10:00 a.m.<br>Dept:          Courtroom 2<br>Judge:        Troy L. Nunley |

ORDER

This matter is before the Court on Plaintiff/Counter Defendant Patriot Rail Corp.'s ("Patriot") Request to Seal Exhibits C and H to the Declaration of Mary-Olga Lovett in Support of Patriot's Response Brief.  After reviewing all briefing filed with the Court on the instant Request, and as good cause has been demonstrated to maintain the confidential nature of the documents at issue, the Request to Seal Documents is GRANTED.

Dated: May 1, 2014

Troy L. Nunley
United States District Judge

Case No. 2:09-CV-00009-TLN-AC

REQUEST TO SEAL DOCUMENTS – ORDER