1  MARY-OLGA LOVETT, admitted *pro hac vice*
lovettm@gtlaw.com
2  STEPHEN E. PAFFRATH, SBN 195932
paffraths@gtlaw.com
3  GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
4  Sacramento, CA 95814
Telephone:  (916) 442-1111
5  Facsimile:  (916) 448-1709

MCGREGOR W. SCOTT, SBN 142413
Mcgregor.scott@orrick.com
NORMAN C. HILE, SBN 57299
nhile@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Telephone: (916) 447-9200
Facsimile: (916) 329-4900

6  Attorneys for Plaintiff and Counter-Defendant,
Patriot Rail Corp. and Cross-Defendant
7  Patriot Rail, LLC

Attorneys for Defendant and Counterclaimant
Sierra Railroad Company

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                   SACRAMENTO DIVISION

11

12  PATRIOT RAIL CORP., a Delaware
corporation,

13                                              Case No. 2:09-cv-00009-TLN-AC

              Plaintiff,                         **STIPULATION AND ORDER FOR**
14                                              **POST-VERDICT BRIEFING AND**
       v.                                       **HEARING SCHEDULE**
15
SIERRA RAILROAD COMPANY, a                      Trial:
16  California corporation,                     Date:        March 10, 2014
                                                Time:        9:00 a.m.
17            Defendant.                        Dept:        Courtroom 2
                                                Judge:       Troy L. Nunley
18
And Related Counterclaim
19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR POST-VERDICT BRIEFING AND HEARING SCHEDULE

**STIPULATION**

Pursuant to the Court's May 9, 2014 Minute Order [ECF 492], Plaintiff and Counter-Defendant Patriot Rail Corp. (Patriot Rail Company LLC) and Cross-Defendant Patriot Rail, LLC (collectively, "Patriot") and Defendant and Counterclaimant Sierra Railroad Company ("Sierra") (collectively, the "Parties") have met and conferred and agreed to a proposed briefing and hearing schedule with respect to Sierra's Claim for Exemplary Damages under Civil Code Section 3426.3, Sierra's Unfair Competition Claim, and Sierra's claim for prejudgment interest. Each side may present opening briefs on any related motions they intend to bring, with oppositions and replies, as follows:

| | |
|---|---|
| **Deadline to file opening briefs**: | June 4, 2014 |
| **Deadline to file opposition briefs**: | June 25, 2014 |
| **Deadline to file reply briefs**: | July 2, 2014 |
| **Hearing date**: | July 9, 2014 at 9:00 a.m. |

The Parties, by stipulating to this schedule, do not waive any objections they have as to evidence, the appropriateness of resolution by briefing, or substantive arguments. This includes, but is not limited to, Patriot's objection to the introduction of any additional evidence by motion (which Sierra has stated it intends to present with respect to its Civil Code section 3426.3 claim).

Nothing in this stipulation prevents any party from bringing any other motions, such as pre- or post-judgment motions that they may otherwise bring, at a later or different time.

Respectfully submitted,

Dated:  May 16, 2014

MARY-OLGA LOVETT
STEPHEN E. PAFFRATH
GREENBERG TRAURIG, LLP


By:  /s Mary-Olga Lovett (as authorized on 5/16/14)
MARY-OLGA LOVETT
Attorneys for Plaintiff and Counter-Defendant
Patriot Rail Corp. and Cross-Defendant Patriot Rail, LLC

STIPULATION AND ORDER FOR POST-VERDICT BRIEFING AND HEARING SCHEDULE

1    Dated:  May 16, 2014                    MCGREGOR W. SCOTT
                                             MICHAEL C. WEED
2                                            ORRICK, HERRINGTON & SUTCLIFFE LLP

3

4                                            By:  /s Michael C. Weed
                                                     MICHAEL C. WEED
5                                            Attorneys for Defendant and Counterclaimant
                                                     Sierra Railroad Company

6

7

8                                            **ORDER**

9           IT IS SO ORDERED.

10

11   Dated: May 27, 2014

12

13                                           Troy L. Nunley
                                             United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR POST-VERDICT BRIEFING AND HEARING SCHEDULE