1  MCGREGOR W. SCOTT (State Bar No. 142413)
   mcgregor.scott@orrick.com
2  NORMAN C. HILE (State Bar No. 57299)
   nhile@orrick.com
3  MICHAEL C. WEED (State Bar No. 199675)
   mweed@orrick.com
4  J.R. RIDDELL (State Bar No. 225004)
   jriddell@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
6  Sacramento, CA  95814-4497
   Telephone:    (916) 447-9200
7  Facsimile:    (916) 329-4900

8  Attorneys for Defendant and Counterclaimant
   Sierra Railroad Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:09-cv-00009-TLN-AC<br><br>**ORDER GRANTING SIERRA RAILROAD COMPANY'S REQUEST TO SEAL DOCUMENTS**<br><br>Date:    July 9, 2014<br>Time:   9:00 a.m.<br>Dept:   Courtroom 2<br>Judge:  Hon. Troy L. Nunley |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Court, having considered Defendant and Counterclaimant Sierra Railroad Company's ("Sierra's") Notice of Request and Request to Seal Documents and the materials filed with the Court regarding the Request, hereby rules as follows.

IT IS HEREBY ORDERED that:  Having shown good cause to maintain the confidential nature of the documents and testimony subject to the Request, Defendant and Counterclaimant Sierra Railroad Company's Request to Seal Documents is **GRANTED** and the below identified documents are ordered filed under seal.

<u>Confidential Documents in Support of Sierra's Reply Trial Brief</u>

1. Declaration of Forrest Vickery In Support of Reply Brief in Support of Motion for Prejudgment Interest., including Exhibits A, B, C, and D attached thereto.

2. An unredacted version of Sierra's Reply Brief in Support of Motion for Prejudgment Interest.

**IT IS SO ORDERED.**

Dated: July 14, 2014

Troy L. Nunley
United States District Judge