MARY-OLGA LOVETT, admitted *pro hac vice*
lovettm@gtlaw.com
STEPHEN E. PAFFRATH, SBN 195932
paffraths@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709

MCGREGOR W. SCOTT, SBN 142413
mcgregor.scott@orrick.com
MICHAEL C. WEED, SBN 199675
mweed@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Telephone: (916) 447-9200
Facsimile: (916) 329-4900

Attorneys for Plaintiff and Counter-Defendant,
Patriot Rail Corp. and Cross-Defendant
Patriot Rail, LLC

Attorneys for Defendant and Counterclaimant
Sierra Railroad Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>               Defendant.<br><br>And Related Counterclaim | Case No. 2:09-cv-00009-TLN-AC<br><br>**STIPULATION AND ORDER FOR POST-TRIAL BRIEFING SCHEDULE, PAGE LIMITS, AND EXTENDING TIME ON ATTORNEYS' FEES MOTION AND COST BILL**<br><br>Date:<br>Time:<br>Dept:          Courtroom 2<br>Judge:        Hon. Troy L. Nunley |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## STIPULATION

Defendant and Counter-claimant Sierra Railroad Company ("Sierra") and Plaintiff and Counter-defendant Patriot Rail Corp. (now Patriot Rail Company LLC) and Cross Defendant Patriot Rail, LLC (now Pacific Rail LLC) (and collectively, "Patriot") have met and conferred and agreed as follows regarding the schedule for certain post-trial matters.

1.      On October 31, 2014, the Court issued an order (ECF 532) clarifying entry of judgment and establishing the briefing schedule for Patriot's previously-filed motion for new trial:

- Sierra's Opposition due December 19, 2014
- Patriot's Reply due January 23, 2015

2.      On Patriot's new trial motion regarding punitive damages (to be filed), Sierra and Patriot agree to the following schedule, if approved by the Court:

- Motion to be filed November 13, 2014
- Sierra's Opposition due December 15, 2014
- Patriot's Reply due January 5, 2015

3.      On Patriot's renewed motion for judgment as a matter of law (to be filed), Sierra and Patriot agree to the following schedule, if approved by the Court:

- Motion to be filed November 13, 2014
- Sierra's Opposition due December 15, 2014
- Patriot's Reply due January 5, 2015

4.      Hearing on all motions are to be set by the Court.

5.      The filing deadline for Sierra's attorneys' fees motion and Sierra's cost bill is extended pursuant to L.R. 144(a) to 28 days after the hearing date set by the Court for the above post-trial motions.  If the Court sets more than one hearing date for these motions, the deadline will be 28 days after the latest of the hearing dates.  No extension for these matters has been sought prior to this stipulation.  Good cause exists to extend time on these filings because additional attorneys' fees and costs will be generated in connection with post-trial motions, and

1   any attorneys' fees motion or costs bill that Sierra would file under the default deadlines

2   prescribed by L.R. 292 and 293 would need to be supplemented.

3         6.     The page limit for all principal briefs in the matters described above is 30 pages, in

4   accordance with the Court's prior ruling.  ECF 479.  Reply briefs will be limited to 15 pages.

5         7.     For the Court's convenience in setting any hearing on these matters, the parties

6   attach as **Exhibit A** the dates on which counsel currently have existing obligations.

7

8         Respectfully submitted,

9

10  Dated:  November 4, 2014          MARY-OLGA LOVETT
                               STEPHEN E. PAFFRATH

11                                 GREENBERG TRAURIG, LLP

12

13                                 By:  /s Mary-Olga Lovett (as authorized on 11-4-14)
                               MARY-OLGA LOVETT

14                               Attorneys for Plaintiff and Counter-Defendant
                           Patriot Rail Corp. and Cross-Defendant Patriot Rail,

15                                      LLC

16  Dated:  November 4, 2014          MCGREGOR W. SCOTT
                               MICHAEL C. WEED

17                                 ORRICK, HERRINGTON & SUTCLIFFE LLP

18

19                               By:  /s Michael C. Weed
                               MICHAEL C. WEED

20                               Attorneys for Defendant and Counterclaimant
                               Sierra Railroad Company

21

22

23                               **ORDER**

24  IT IS SO ORDERED.

25  Dated:  November 6, 2014

26

27                               Troy L. Nunley
                             United States District Judge

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**CONFLICTS OF COUNSEL**

Sierra's counsel is unavailable during the following dates due to out-of-the-country travel or local commitments:

- January 25-30, 2015
- February 4, 2015
- February 19-27, 2015
- March 11-12, 2015
- March 30-31, 2015
- April 1-3, 2015

Patriot's counsel is unavailable during the following dates due to trial commitments in other matters:

- A five-day trial to be "called on short notice" in the month of February 2015. Patriot's counsel should be able to confirm the exact trial dates by January 30, 2015.
- March 9-13, 2015

OHSUSA:759370184.4