1 | MCGREGOR W. SCOTT (State Bar No. 142413)
mcgregor.scott@orrick.com
2 | MICHAEL C. WEED (State Bar No. 199675)
mweed@orrick.com
3 | J.R. RIDDELL (State Bar No. 225004)
jriddell@orrick.com
4 | ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
5 | Sacramento, CA  95814-4497
Telephone:   (916) 447-9200
6 | Facsimile:    (916) 329-4900

7 | Attorneys for Defendant and Counterclaimant
Sierra Railroad Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| PATRIOT RAIL CORP., a Delaware corporation, | Case No. 2:09-cv-00009-TLN-AC |
|---|---|
| Plaintiff, | **ORDER GRANTING SIERRA RAILROAD COMPANY'S REQUEST TO SEAL DOCUMENTS** |
| v. | Date:    February 26, 2015 |
| SIERRA RAILROAD COMPANY, a California corporation, | Time:    2:00 p.m. |
|  | Trial:    March 10, 2014 |
|  | Dept:    Courtroom 2 |
| Defendant. | Judge:   Hon. Troy L. Nunley |
| AND RELATED COUNTERCLAIMS. | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The Court, having considered Defendant and Counterclaimant Sierra Railroad Company's ("Sierra's") Notice of Request and Request to Seal Documents and the materials filed with the Court regarding the Request, hereby rules as follows.

IT IS HEREBY ORDERED that:  Having shown good cause to maintain the confidential nature of the documents and testimony subject to the Request, Defendant and Counterclaimant Sierra Railroad Company's Request to Seal Documents is **GRANTED** and the below identified documents are ordered filed under seal:

1.  Trial exhibit D-10 (loan agreement) in this case attached as **Exhibit Y** to the Weed Decl.

2.  Trial exhibit 440 (stock purchase agreement) in this case attached as **Exhibit Z** to the Weed Decl.

3.  Trial exhibit Y-9 (financials) in this case attached as **Exhibit AA** to the Weed. Decl.

IT IS SO ORDERED.

Dated:  December 17, 2014

Troy L. Nunley
United States District Judge