1  MCGREGOR W. SCOTT (State Bar No. 142413)
   mcgregor.scott@orrick.com
2  MICHAEL C. WEED (State Bar No. 199675)
   mweed@orrick.com
3  J.R. RIDDELL (State Bar No. 225004)
   jriddell@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
5  Sacramento, CA  95814-4497
   Telephone:     (916) 447-9200
6  Facsimile:     (916) 329-4900

7  Attorneys for Defendant and Counterclaimant
   Sierra Railroad Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>Defendant. | Case No. 2:09-cv-00009-TLN-AC<br><br>**ORDER GRANTING SIERRA RAILROAD COMPANY'S REQUEST TO SEAL DOCUMENTS**<br><br>Date:     February 26, 2015<br>Time:    2:00 p.m.<br>Trial:     March 10, 2014<br>Dept:    Courtroom 2<br>Judge:   Hon. Troy L. Nunley |
| AND RELATED COUNTERCLAIMS. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Court, having considered Defendant and Counterclaimant Sierra Railroad Company's ("Sierra's") Notice of Request and Request to Seal Documents and the materials filed with the Court regarding the Request, hereby rules as follows.

IT IS HEREBY ORDERED that: Having shown good cause to maintain the confidential nature of the documents and testimony subject to the Request, Defendant and Counterclaimant Sierra Railroad Company's Request to Seal Documents is **GRANTED** and the below identified documents are ordered filed under seal:

1. Declaration of Forrest Vickery in Support of Sierra Railroad Company's Opposition to Patriot's Previously-filed Motion for New Trial [ECF No. 452-1], including Exhibits A, B, C, and D attached thereto.

IT IS SO ORDERED.

Dated: December 23, 2014

Troy L. Nunley
United States District Judge