MARY-OLGA LOVETT, admitted *pro hac vice*
lovettm@gtlaw.com
STEPHEN E. PAFFRATH, SBN 195932
paffraths@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone:   (916) 442-1111
Facsimile:    (916) 448-1709

SCOTT D. BERTZYK, SBN 116449
bertzyks@gtlaw.com
KARIN L. BOHMHOLDT, SBN 234929
bohmholdtk@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA  90067
Telephone:   (310) 586-7700
Facsimile:    (310) 586-7800

ELLIOT H. SCHERKER, admitted *pro hac vice*
ScherkerE@gtlaw.com
Greenberg Traurig, P.A.
333 Southeast Second Avenue, Suite 4400
Miami, FL 33131
Telephone:  (305) 579-0579
Facsimile:    (305) 579-0717

*Attorneys for Plaintiff and Counter Defendant
Patriot Rail Corp. and Cross Defendant,
Patriot Rail, LLC*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation<br><br>             Plaintiff,<br><br>        v.<br><br>SIERRA RAILROAD COMPANY, a California Corporation,<br><br>             Defendant._____<br>_____<br>And Related Cross-Claim. | CASE NO.  2:09-CV-00009-TLN-AC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE UNDER SEAL**<br><br>Date:            February 26, 2015<br>Time:           2:00 p.m.<br>Dept:           Courtroom 2<br>Judge:         Troy L. Nunley |

This matter is before the Court on Patriot's Request to File Under Seal the unredacted Evidentiary Objections And Motion to Strike Declarations of Michael Weed (DKT. #558-1), J.R. Riddel (DKT #558-2), and Forrest Vicery (DKT #558-3) (the "Evidentiary Objections"). The parties have an interest in maintaining the confidentiality of the papers pending the hearing on this motion. The request is therefore GRANTED.

**IT IS SO ORDERED.**

Dated:  January 30, 2015

_____
Troy L. Nunley
United States District Judge