MCGREGOR W. SCOTT (State Bar No. 142413)
mcgregor.scott@orrick.com
MICHAEL C. WEED (State Bar No. 199675)
mweed@orrick.com
J.R. RIDDELL (State Bar No. 225004)
jriddell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:   (916) 447-9200
Facsimile:   (916) 329-4900

Attorneys for Defendant and Counterclaimant
Sierra Railroad Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:09-cv-00009-TLN-AC<br><br>**ORDER GRANTING SIERRA RAILROAD COMPANY'S REQUEST TO SEAL DOCUMENTS**<br><br>Date:    February 26, 2015<br>Time:    2:00 p.m.<br>Trial:    March 10, 2014<br>Dept:    Courtroom 2<br>Judge:   Hon. Troy L. Nunley |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER GRANTING SIERRA RAILROAD COMPANY'S REQUEST TO SEAL DOCUMENTS

The Court, having considered Defendant and Counterclaimant Sierra Railroad Company's ("Sierra's") Notice of Request and Request to Seal Documents and the materials filed with the Court regarding the Request, hereby rules as follows.

IT IS HEREBY ORDERED that:  Having shown good cause to maintain the confidential nature of the documents and testimony subject to the Request, Defendant and Counterclaimant Sierra Railroad Company's Request to Seal Documents is **GRANTED** and the below identified documents are ordered filed under seal:

1. Sierra's Responses to Patriot's Evidentiary Objections to the Declarations of Michael C. Weed (ECF NO. 558-1), J.R. Riddell (ECF NO. 558-2), and Forrest Vickery (ECF NO. 558-3).

IT IS SO ORDERED.

Dated:  February 18, 2015

Troy L. Nunley
United States District Judge