| | |
|---|---|
| MARY-OLGA LOVETT, admitted *pro hac vice* | MCGREGOR W. SCOTT, SBN 142413 |
| lovettm@gtlaw.com | mcgregor.scott@orrick.com |
| STEPHEN E. PAFFRATH, SBN 195932 | MICHAEL C. WEED, SBN 199675 |
| paffraths@gtlaw.com | mweed@orrick.com |
| GREENBERG TRAURIG, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 1201 K Street, Suite 1100 | 400 Capitol Mall, Suite 3000 |
| Sacramento, CA 95814 | Sacramento, CA 95814 |
| Telephone: (916) 442-1111 | Telephone: (916) 447-9200 |
| Facsimile: (916) 448-1709 | Facsimile: (916) 329-4900 |
| | |
| Attorneys for Plaintiff and Counter-Defendant, Patriot Rail Corp. and Cross-Defendant Patriot Rail, LLC | Attorneys for Defendant and Counterclaimant Sierra Railroad Company |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>　　　　　Defendant. | Case No. 2:09-cv-00009-TLN-AC<br><br>**STIPULATION AND ORDER FOR EXTENDING TIME ON ATTORNEYS' FEES MOTION AND COST BILL**<br><br>Date:　　N/A<br>Time:　　N/A<br>Dept:　　Courtroom 2<br>Judge:　　Hon. Troy L. Nunley |
| And Related Counterclaim | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**STIPULATION**

Defendant and Counter-claimant Sierra Railroad Company ("Sierra") and Plaintiff and Counter-defendant Patriot Rail Corp. (now Patriot Rail Company LLC) and Cross Defendant Patriot Rail, LLC (now Pacific Rail LLC) (and collectively, "Patriot") have met and conferred and agreed as follows regarding the filing deadline for Sierra's Attorneys' Fees Motion and Cost Bill.

On November 7, 2014, the Court signed a Stipulation and Order granting the extension of time on the filing deadline of Sierra's Attorneys' Fees Motion and Cost Bill.  ECF No. 534. Pursuant to L.R. 144, the Stipulation and Order set the filing deadline to "28 days after the hearing date set by the Court for the above post-trial motions."  *Id.* at 2.  The enumerated post-trial motions included Patriot's Motion for New Trial (ECF No. 452-1), Patriot's Motion for New Trial or Judgment as a Matter of Law as to the Jury's Punitive Damages Award (ECF No. 535), and Patriot's Motion for Judgment as a Matter of Law under Rule 50(b) (ECF No. 536).  *Id.*

On November 17, 2014, the Court set a hearing date of February 26, 2015 for Patriot's three new trial motions.  ECF No. 537.

On February 20, 2015, the Court ordered as submitted Patriot's three new trial motions and Patriot's Motion to Strike Declarations (ECF No. 566, filed January 23, 2015), and vacated the February 26, 2015 hearing date.  Minute Order, ECF No. 577.  The Court added that if it determines oral argument is necessary, such argument "will be scheduled at a later date."  *Id.*

Subject to the Court's approval, Patriot and Sierra have agreed that the filing deadline for Sierra's Attorneys' Fees Motion and Cost Bill shall be extended to 28 days following the Court's latest ruling on any of the following motions:

- Patriot's Motion for New Trial (ECF No. 452-1)
- Patriot's Motion for New Trial or Judgment as a Matter of Law as to the Jury's Punitive Damages Award (ECF No. 535)
- Patriot's Motion for Judgment as a Matter of Law under Rule 50(b) (ECF No. 536)
- Patriot's Motion to Strike Declarations (ECF No. 566)

1  Good cause exists to extend time on Sierra's Attorneys' Fees Motion and Cost Bill because additional attorneys' fees and costs may be generated in connection with the above motions, particularly if the Court later schedules oral argument, and any attorneys' fees motion or costs bill that Sierra would file under the previously ordered deadline would need to be supplemented.

Respectfully submitted,

Dated:  March 9, 2015               MARY-OLGA LOVETT
                                     STEPHEN E. PAFFRATH
                                     GREENBERG TAURIG, LLP


                                     By:  /s Mary–Olga Lovett (as authorized on 3-9-15)
                                          MARY-OLGA LOVETT
                                     Attorneys for Plaintiff and Counter-Defendant
                                      Patriot Rail Corp. and Cross-Defendant Patriot Rail, LLC

Dated:  March 9, 2015               MCGREGOR W. SCOTT
                                     MICHAEL C. WEED
                                     ORRICK, HERRINGTON & SUTCLIFFE LLP


                                     By:  /s  Michael C. Weed
                                          MICHAEL C. WEED
                                     Attorneys for Defendant and Counterclaimant
                                          Sierra Railroad Company

1 **ORDER**

2   IT IS SO ORDERED.

3   Dated:  March 11, 2015

4   _____
   Troy L. Nunley
5   United States District Judge