MCGREGOR W. SCOTT (State Bar No. 142413)
mcgregor.scott@orrick.com
MICHAEL C. WEED (State Bar No. 199675)
mweed@orrick.com
J.R. RIDDELL (State Bar No. 225004)
jriddell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:     (916) 447-9200
Facsimile:      (916) 329-4900

Attorneys for Defendant and Counterclaimant
Sierra Railroad Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>Defendant. | Case No. 2:09-cv-00009-TLN-AC<br><br>**ORDER GRANTING SIERRA RAILROAD COMPANY'S REQUEST TO SEAL DOCUMENTS**<br><br>Date:     August 27, 2014<br>Time:    2:00 p.m.<br>Dept:    Courtroom 2<br>Judge:   Hon. Troy L. Nunley |
| AND RELATED COUNTERCLAIMS. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Court, having considered Defendant and Counterclaimant Sierra Railroad Company's ("Sierra's") Notice of Request and Request to Seal Documents and the materials filed with the Court regarding the Request, hereby rules as follows.

IT IS HEREBY ORDERED that:  Having shown good cause to maintain the confidential nature of the information subject to the Request, Defendant and Counterclaimant Sierra Railroad Company's Request to Seal Documents is **GRANTED** and the below identified documents are ordered filed under seal.

1. Patriot Rail LLC's 2012 Form 1065 U.S. Return of Partnership Income, attached as Exhibit D to the Declaration of Michael Weed In Support Of Sierra's Motion to Add Additional Judgment Debtors.

2. Excerpts from Trial Exhibit 440, the May 4, 2012 Stock Purchase Agreement between Patriot Funding LLC and Patriot Rail Holdings LLC, attached as Exhibit G to the Declaration of Michael Weed In Support Of Sierra's Motion to Add Additional Judgment Debtors.

3. Draft of Patriot Rail LLC's 2013 Form 1065 U.S. Return on Partnership Income, attached as Exhibit I to the Declaration of Michael Weed In Support Of Sierra's Motion to Add Additional Judgment Debtors.

IT IS SO ORDERED.

Dated:  July 8, 2015

Troy L. Nunley
United States District Judge