HOLLAND & KNIGHT LLP
Matthew P. Vafidis (California Bar No. 103578)
John P. Kern (California Bar No. 206001)
Jessica Lanier (California Bar No. 303395)
50 California Street, Suite 2800
San Francisco, CA  94111
Telephone:  415-743-6900
Fax:  415-743-6910
E-mail: matthew.vafidis@hklaw.com
        john.kern@hklaw.com
        jessica.lanier@hklaw.com

Attorneys for Non-Party
Proposed Additional Judgment Debtors
GARY O. MARINO, PATRIOT EQUITY, LLC
and PATRIOT RAIL HOLDINGS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>    Defendant. | Case No.: 2:09-CV-00009-TLN-AC<br><br>**ORDER GRANTING GARY O. MARINO, PATRIOT EQUITY, LLC, AND PATRIOT RAIL HOLDINGS, LLC'S, REQUEST TO <u>FILE DOCUMENTS UNDER SEAL</u>** |
| SIERRA RAILROAD COMPANY, a California corporation,<br><br>    Counter-Claimant,<br><br>    v.<br><br>PATRIOT RAIL, LLC, PATRIOT RAIL CORPORATION, and LARRY COE,<br><br>    Counter-Defendants. | Hearing Date:   [Vacated by Court Order August 13, 2015]<br>Hearing Time:   [Vacated by Court Order August 13, 2015]<br><br>Dept.:   Courtroom 2<br>Judge:   Hon. Troy L. Nunley |
| AND ALL RELATED COUNTERCLAIMS AND COUNTERCLAIMANTS. | |

Non-Party Proposed Additional Judgment Debtors Gary O. Marino, Patriot Equity, LLC, and Patriot Rail Holdings, LLC, having filed a Request to File Documents Under Seal,

And papers and argument in support this Request having been submitted to and duly considered by this Court,

AND GOOD CAUSE APPEARING THEREFOR

IT IS HEREBY ORDERED:

(1) The following documents will be filed under seal:

    (a)    Patriot Rail, LLC Summary of Distributions (Exhibit J to the Declaration of Douglas Aguilera and Exhibit F to the Declaration of Bennett Marks)

    (b)    Purchase Price Allocation Pursuant to FASB ASC 805- Business Combinations Acquisition of Patriot Rail Corp., Valuation Date June 18, 2012 (Exhibit H to the Declaration of Douglas Aguilera)

    (c)    Funds Flow Memorandum with respect to the Stock Purchase Agreement By and Among Patriot Rail Holdings, LLC, as Seller, and Patriot Funding, LLC, as Purchaser, dated May 4, 2012 (Exhibit F to the Declaration of Douglas Aguilera)

    (d)    Equity Commitment Letter, dated May 4, 2012 (Exhibit G to the Declaration of Douglas Aguilera)

    (e)    Patriot Rail Corp. Consolidated Financial statements as of December 31, 2012 (Exhibit E to the Declaration of Douglas Aguilera and Exhibit G to the Declaration of Bennett Marks)

    (f)    Patriot Rail Holdings, LLC, and Subsidiaries Consolidated Financial Report, December 31, 2011 and 2011 (Exhibit D to the Declaration of Douglas Aguilera)

    (h)    Stock Purchase Agreement 2012 (Exhibit C to the Declaration of Douglas Aguilera)

    (i)    Trial Transcript Excerpt, Punitive (Exhibit I to the Declaration of Douglas Aguilera)

    (j)    Declaration of Douglas Aguilera

    (k)    Declaration of Gary O. Marino

Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Tel: 415.743.6900
Fax: 415.743.6910

      (l)    Declaration of Bennett Marks

    (2)    All parties, their representative counsel, all Non-Party Proposed Additional Judgment Debtors, and this court's staff should be permitted access to these documents under seal as necessary to rule upon or adjudicate any motions and/or claims in this matter.

IT IS SO ORDERED.

Dated: August 18, 2015

Troy L. Nunley
United States District Judge