MCGREGOR W. SCOTT (State Bar No. 142413)
mcgregor.scott@orrick.com
MICHAEL C. WEED (State Bar No. 199675)
mweed@orrick.com
J.R. RIDDELL (State Bar No. 225004)
jriddell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900

Attorneys for Defendant and Counterclaimant
Sierra Railroad Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:09-cv-00009-TLN-AC<br><br>**ORDER GRANTING SIERRA RAILROAD COMPANY'S *EX PARTE* APPLICATION TO EXTEND TIME TO FILE AND SERVE SIERRA'S ATTORNEYS' FEES MOTION AND COSTS BILL**<br><br>Dept:    Courtroom 2<br>Judge:   Hon. Troy L. Nunley |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER GRANTING SIERRA RAILROAD COMPANY'S *EX PARTE* APPLICATION TO EXTEND TIME

1  The Court, having considered Defendant and Counterclaimant Sierra Railroad Company's ("Sierra's") *Ex Parte* Application to Extend Time, and the materials filed with the Court regarding the *Ex Parte* Application, hereby rules as follows:

   IT IS HEREBY ORDERED that Sierra shall have to and including 28 days after the Court rules on Sierra's Motion to Amend Judgment to Add Judgment Debtors (ECF No. 581) to file its Attorneys' Fees Motion and Costs Bill in this matter.

   IT IS SO ORDERED.

Dated:  September 1, 2015

Troy L. Nunley
United States District Judge

- 1 -