MARY-OLGA LOVETT, admitted *pro hac vice*
lovettm@gtlaw.com
STEPHEN E. PAFFRATH, SBN 195932
paffraths@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone:    (916) 442-1111
Facsimile:    (916) 448-1709

SCOTT D. BERTZYK, SBN 116449
bertzyks@gtlaw.com
KARIN L. BOHMHOLDT, SBN 234929
bohmholdtk@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA  90067
Telephone:    (310) 586-7700
Facsimile:    (310) 586-7800

ELLIOT H. SCHERKER, admitted *pro hac vice*
ScherkerE@gtlaw.com
Greenberg Traurig, P.A.
333 Southeast Second Avenue, Suite 4400
Miami, FL 33131
Telephone:    (305) 579-0579
Facsimile:    (305) 579-0717

*Attorneys for Counter Defendant,*
*Pacific Rail, LLC [f/k/a Patriot Rail, LLC]*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>SIERRA RAILROAD COMPANY, a California Corporation,<br><br>Defendant.<br><br>And Related Counterclaim. | CASE NO. 2:09-CV-00009-TLN-AC<br><br>**ORDER GRANTING REQUEST TO SEAL REPORTER'S TRANSCRIPT OF OCTOBER 20, 2010 TELEPHONIC SETTLEMENT CONFERENCE** |

## **ORDER**

This matter is before the Court on Request of Counter Defendant Pacific Rail LLC, formerly known as Patriot Rail, LLC, to Seal the Reporter's Transcript of the October 20, 2010 Telephonic Settlement Conference.  After reviewing all briefing filed with the Court on the instant Request, and as good cause has been demonstrated to maintain the confidential nature of the documents at issue, the Request to Seal the Reporter's Transcript of the October 20, 2010 Telephonic Settlement Conference [Dkt 673] is GRANTED.

Dated: November 20, 2015

Troy L. Nunley
United States District Judge