| | |
|---|---|
| MARY-OLGA LOVETT, admitted *pro hac vice* <br> lovettm@gtlaw.com <br> STEPHEN E. PAFFRATH, SBN 195932 <br> paffraths@gtlaw.com <br> GREENBERG TRAURIG, LLP <br> 1201 K Street, Suite 1100 <br> Sacramento, CA 95814 <br> Telephone: (916) 442-1111 <br> Facsimile: (916) 448-1709 | MCGREGOR W. SCOTT, SBN 142413 <br> mcgregor.scott@orrick.com <br> MICHAEL C. WEED, SBN 199675 <br> mweed@orrick.com <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> 400 Capitol Mall, Suite 3000 <br> Sacramento, CA 95814 <br> Telephone: (916) 447-9200 <br> Facsimile: (916) 329-4900 |
| Attorneys for Plaintiff and Counter-Defendant <br> Pacific Rail LLC f/k/a Patriot Rail LLC | Attorneys for Defendant and Counterclaimant <br> Sierra Railroad Company |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> SIERRA RAILROAD COMPANY, a California corporation, <br><br> Defendant. <br><br> And Related Counterclaim | Case No. 2:09-cv-00009-TLN-AC <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON SIERRA'S MOTION TO COMPEL POST-JUDGMENT DISCOVERY** <br><br> <u>Current Hearing Date</u>: <br> Date:    January 20, 2016 <br> Time:    10:00 a.m. <br> Dept:    Courtroom 26 <br> Judge:   Hon. Allison Claire <br><br> <u>Proposed New Hearing Date</u>: <br> Date:    February 3, 2016 <br> Time:    10:00 a.m. <br> Dept:    Courtroom 26 <br> Judge:   Hon. Allison Claire |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE

OHSUSA:764412847.1

# **STIPULATION**

Defendant and Counterclaimant Sierra Railroad Company ("Sierra") and Plaintiff and Counter-defendant Pacific Rail LLC f/k/a Patriot Rail LLC ("PR LLC") hereby stipulate to continue the hearing date relating to Sierra's pending Motion to Compel Discovery, currently set for hearing on January 20, 2016.

On December 29, 2015, Sierra filed a Motion to Compel Post-Judgment Discovery from PR LLC. ECF No. 688. Subject to the Court's approval, Sierra and PR LLC have agreed to continue the hearing date on Sierra's Motion by two weeks to allow PR LLC time to amend and/or supplement its responses to Sierra's discovery requests.

Respectfully submitted,

Dated: January 13, 2016

MARY-OLGA LOVETT
STEPHEN E. PAFFRATH
GREENBERG TRAURIG, LLP


By: /s Stephen E. Paffrath (as authorized on 1-13-16)
STEPHEN E. PAFFRATH
Attorneys for Plaintiff and Counter-Defendant
Pacific Rail LLC f/k/a Patriot Rail LLC

Dated: January 13, 2016

MCGREGOR W. SCOTT
MICHAEL C. WEED
ORRICK, HERRINGTON & SUTCLIFFE LLP


By: /s Michael C. Weed
MICHAEL C. WEED
Attorneys for Defendant and Counterclaimant
Sierra Railroad Company

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: January 13, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE