1  MCGREGOR W. SCOTT (State Bar No. 142413)
   mcgregor.scott@orrick.com
2  MICHAEL C. WEED (State Bar No. 199675)
   mweed@orrick.com
3  J.R. RIDDELL (State Bar No. 225004)
   jriddell@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
5  Sacramento, CA  95814-4497
   Telephone:    (916) 447-9200
6  Facsimile:     (916) 329-4900

7  Attorneys for Defendant and Counterclaimant
   Sierra Railroad Company
8
                   IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   PATRIOT RAIL CORP., a Delaware              Case No. 2:09-cv-00009-TLN-AC
12 corporation
                                               **ORDER GRANTING SIERRA
13              Plaintiff,                      RAILROAD COMPANY'S REQUEST
                                               TO SEAL DOCUMENTS**
14       v.
                                               Date:      February 25, 2016
15 SIERRA RAILROAD COMPANY, a                  Time:      2:00 p.m.
   California corporation,                     Dept:      Courtroom 2
16                                             Judge:     Hon. Troy L. Nunley

17              Defendant.

18 AND RELATED COUNTERCLAIMS.

19

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1    The Court, having considered Defendant and Counterclaimant Sierra Railroad Company's

2    ("Sierra's") Notice of Request and Request to Seal Documents and the materials filed with the

3    Court regarding the Request, hereby rules as follows.

4    IT IS HEREBY ORDERED that:  Having shown good cause to maintain the confidential

5    nature of the information subject to the Request, Defendant and Counterclaimant Sierra Railroad

6    Company's Request to Seal Documents is **GRANTED** and the below identified documents are

7    ordered filed under seal.

8    1.    Payment Agreement by and among Patriot Rail Holdings LLC, Messrs. Gary

9    Marino, Bennett Marks, and Stan Wlotko, and three Prudential entities, attached as **Exhibit 7** to

10   the Declaration of Michael Weed In Support Of Sierra's Renewed Motion to Add Additional

11   Judgment Debtors.

12   2.    Patriot Rail LLC's 2012 Form 1065 U.S. Return of Partnership Income, attached

13   as **Exhibit 10** to the Declaration of Michael Weed In Support Of Sierra's Renewed Motion to

14   Add Additional Judgment Debtors.

15   3.    Patriot Equity LLC's Assignment Separate From Certificate to the Marino

16   Family Dynasty Trust dated November 12, 2010, attached as **Exhibit 14** to the Declaration of

17   Michael Weed In Support Of Sierra's Renewed Motion to Add Additional Judgment Debtors.

18   4.    Patriot Equity LLC's Form K-1 with respect to its investment in Patriot Rail LLC

19   for the tax year ended December 31, 2011, attached as **Exhibit 15** to the Declaration of Michael

20   Weed In Support Of Sierra's Renewed Motion to Add Additional Judgment Debtors.

21   5.    Patriot Rail LLC's Summary of Distributions, attached as **Exhibit 16** to the

22   Declaration of Michael Weed In Support Of Sierra's Renewed Motion to Add Additional

23   Judgment Debtors.

24   6.    Patriot Rail Holdings LLC's Schedule of Distributions, attached as **Exhibit 17** to

25   the Declaration of Michael Weed In Support Of Sierra's Renewed Motion to Add Additional

26   Judgment Debtors.

27   / / /

28   / / /

ORDER GRANTING SIERRA RAILROAD COMPANY'S REQUEST TO SEAL DOCUMENTS

1    7.    A letter regarding the Marino Family Dynasty Trust signed by Gail D. Marino,

2    dated December 18, 2013, attached as **Exhibit 20** to the Declaration of Michael Weed In

3    Support Of Sierra's Renewed Motion to Add Additional Judgment Debtors.

4    8.    Emails and a letter regarding the Marino Family Dynasty Trust dated December

5    19 and 20, 2012, attached as **Exhibit 21** to the Declaration of Michael Weed In Support Of

6    Sierra's Renewed Motion to Add Additional Judgment Debtors.

7    9.    Marino Family Dynasty Trust's Form K-1 with respect to its investment in

8    Patriot Rail LLC for the tax year ended December 31, 2011, attached as **Exhibit 22** to the

9    Declaration of Michael Weed In Support Of Sierra's Renewed Motion to Add Additional

10    Judgment Debtors.

11    10.    Funds Flow Memorandum with respect to the Stock Purchase Agreement by and

12    among Patriot Rail Holdings LLC and Patriot Funding LLC dated May 4, 2012, attached as

13    **Exhibit 24** to the Declaration of Michael Weed In Support Of Sierra's Renewed Motion to Add

14    Additional Judgment Debtors.

15    11.    Draft of Patriot Rail LLC's 2013 Form 1065 U.S. Return on Partnership Income,

16    attached as **Exhibit 25** to the Declaration of Michael Weed In Support Of Sierra's Renewed

17    Motion to Add Additional Judgment Debtors.

18    12.    Patriot Daily Cash Report dated November 12, 2015, attached as **Exhibit 27** to

19    the Declaration of Michael Weed In Support Of Sierra's Renewed Motion to Add Additional

20    Judgment Debtors.

21    13.    Collection of letters from Patriot Rail Holdings LLC to Wells Fargo Bank,

22    National Associate re: Patriot Rail Corp. Escrow dated May 6, 2014 to December 29, 2015,

23    attached as **Exhibit 28** to the Declaration of Michael Weed In Support Of Sierra's Renewed

24    Motion to Add Additional Judgment Debtors.

25    14.    Collection of Wells Fargo Bank, NA statements regarding the Escrow Agreement

26    among Patriot Funding LLC, Patriot Rail Holdings LLC, and Wells Fargo Bank, NA dated June

27    18, 2012 to December 15, 2015, attached as **Exhibit 29** to the Declaration of Michael Weed In

28    Support Of Sierra's Renewed Motion to Add Additional Judgment Debtors.

ORDER GRANTING SIERRA RAILROAD COMPANY'S REQUEST TO SEAL DOCUMENTS

1    15.    Amended and Restated Patriot Rail Management Agreement dated December 30,

2   2010, attached as **Exhibit 34** to the Declaration of Michael Weed In Support Of Sierra's

3   Renewed Motion to Add Additional Judgment Debtors.

4    16.    Patriot Equity LLC check dated April 8, 2014, attached as **Exhibit 35** to the

5   Declaration of Michael Weed In Support Of Sierra's Renewed Motion to Add Additional

6   Judgment Debtors.

7    17.    Patriot Equity LLC facsimile transmittal regarding a loan, attached as **Exhibit 36**

8   to the Declaration of Michael Weed In Support Of Sierra's Renewed Motion to Add Additional

9   Judgment Debtors.

10    18.    Excerpts from the Operating Agreement of Patriot Rail Holdings LLC dated

11   November 8, 2006, attached as **Exhibit 38** to the Declaration of Michael Weed In Support Of

12   Sierra's Renewed Motion to Add Additional Judgment Debtors.

13    19.    Patriot Daily Cash Report dated April 1, 2014, attached as **Exhibit 40** to the

14   Declaration of Michael Weed In Support Of Sierra's Renewed Motion to Add Additional

15   Judgment Debtors.

16    20.    Patriot Equity LLC Bank of America, N.A. statements dated February 28, 2013

17   and August 31, 2013, attached as **Exhibit 42** to the Declaration of Michael Weed In Support Of

18   Sierra's Renewed Motion to Add Additional Judgment Debtors.

19    21.    Pacific Rail, LLC General Ledger dated November 11, 2015, attached as **Exhibit**

20   **44** to the Declaration of Michael Weed In Support Of Sierra's Renewed Motion to Add

21   Additional Judgment Debtors.

22    22.    Bank of America statements for Pacific Rail Holdings LLC, account ending in

23   #1847, prefaced by an Affidavit of Bank of America Bank Officer and/or Custodian of Records,

24   attached as **Exhibit 46** to the Declaration of Michael Weed In Support Of Sierra's Renewed

25   Motion to Add Additional Judgment Debtors.

26   / / /

27   / / /

28   / / /

- 3 -

1    23.    Gary Marino and Patriot Equity LLC American Express statements, attached as

2  **Exhibit 49** to the Declaration of Michael Weed In Support Of Sierra's Renewed Motion to Add

3  Additional Judgment Debtors.

4

5  IT IS SO ORDERED.

6

7  Dated: January 22, 2016

8

9  _____

10 Troy L. Nunley
   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -