Matthew P. Vafidis (State Bar No. 103578)
John Kern (State Bar No. 206001)
Jessica Lanier (State Bar No. 303395)
Daniel Kappes (State Bar No. 303454)
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA  94111
Telephone:  415-743-6900
Fax:  415-743-6910
E-mail: matthew.vafidis@hklaw.com
         john.kern@hklaw.com
         jessica.lanier@hklaw.com
         daniel.kappes@hklaw.com

Attorneys for Non-Party Proposed Additional Judgment Debtors
GARY O. MARINO, PATRIOT EQUITY, LLC
and PATRIOT RAIL HOLDINGS, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>Defendant. | Case No.: 2:09-CV-00009-TLN-AC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON NON-PARTIES PATRIOT RAIL HOLDINGS, LLC, PATRIOT EQUITY, LLC, AND GARY O. MARINO'S MOTION TO COMPEL DISCOVERY FROM STEELRIVER INFRASTRUCTURE FUND AND PATRIOT FUNDING LLC.** |
| SIERRA RAILROAD COMPANY, a California corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>PATRIOT RAIL LLC, PATRIOT RAIL CORPORATION, and LARRY COE,<br><br>Counter-Defendants. | Current Hearing Date:<br>Date:   February 10, 2016<br>Time:   10:00 a.m.<br>Dept.:  Courtroom 26<br>Judge:  Magistrate Judge Claire<br><br>Proposed Hearing Date:<br>Date:   February 17, 2016<br>Time:   10:00 a.m.<br>Dept.:  Courtroom 26<br>Judge:  Magistrate Judge Claire |
| AND ALL RELATED COUNTERCLAIMS AND COUNTERCLAIMANTS. | |

-1-
STIPULATION AND PROPOSED ORDER – PATRIOT FUNDING LLC AND STEELRIVER INFRASTRUCTURE FUND

**STIPULATION**

Non-Parties Gary O. Marino, Patriot Equity, LLC, and Patriot Rail Holdings, LLC (n/k/a Pacific Rail Holdings, LLC) (collectively "Non-Parties"), and Patriot Funding, LLC and SteelRiver Infrastructure Fund, North America, LP hereby stipulate to continue the hearing date relating to Non-Parties pending Motion to Compel Further Responses to Non-Parties Subpoenas Seeking (1) Production of Documents and (2) Deposition Testimony currently set for hearing on February 10, 2016.

On January 20, 2016, Non-Parties filed a Motion to Compel Discovery from SteelRiver and Patriot Funding. ECF No. 698. Subject to the Court's approval, Non-Parties, Patriot Funding and SteelRiver have agreed to continue the hearing date on Non-Parties' Motion by one week to finalize the Joint Statement of the Parties.

Respectfully submitted,

Dated: February 1, 2016          HOLLAND & KNIGHT LLP


By:  /s/ John Kern
        John Kern

Attorneys for Non-Party Proposed Additional Judgment Debtors GARY O. MARINO, PATRIOT EQUITY, LLC and PATRIOT RAIL HOLDINGS, LLC

Dated: February 1, 2016          O'MELVENY & MYERS LLP


By:  /s/ Ross Galin (authorized on 2-1-2016)
        Ross Galin

Attorneys for STEELRIVER INFRASTRUCTURE FUND N.A. LP and PATRIOT FUNDING LLC

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel:(415) 743-6900
Fax:(415) 743-6910

**~~PROPOSED~~ ORDER**

IT IS SO ORDERED.

Dated: February 2, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel:(415) 743-6900
Fax:(415) 743-6910