Matthew P. Vafidis (State Bar No. 103578)
John Kern (State Bar No. 206001)
Jessica Lanier (State Bar No. 303395)
Daniel Kappes (State Bar No. 303454)
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA  94111
Telephone:  415-743-6900
Fax:  415-743-6910
E-mail: matthew.vafidis@hklaw.com
        john.kern@hklaw.com
        jessica.lanier@hklaw.com
        daniel.kappes@hklaw.com

Attorneys for Non-Party Proposed Additional Judgment Debtors
GARY O. MARINO, PATRIOT EQUITY, LLC
and PATRIOT RAIL HOLDINGS, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>                Defendant. | Case No.: 2:09-CV-00009-TLN-AC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON NON-PARTIES PATRIOT RAIL HOLDINGS, LLC, PATRIOT EQUITY, LLC, AND GARY O. MARINO'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY FROM PATRIOT RAIL COMPANY** |
| SIERRA RAILROAD COMPANY, a California corporation,<br><br>                Counter-Claimant,<br><br>   v.<br><br>PATRIOT RAIL LLC, PATRIOT RAIL CORPORATION, and LARRY COE,<br><br>                Counter-Defendants. | Current Hearing Date:<br>Date:    February 10, 2016<br>Time:   10:00 a.m.<br>Dept.:   Courtroom 26<br>Judge:  Magistrate Judge Claire<br><br>Proposed Hearing Date:<br>Date:    February 17, 2016<br>Time:   10:00 a.m.<br>Dept.:   Courtroom 26<br>Judge:  Magistrate Judge Claire |
| AND ALL RELATED COUNTERCLAIMS AND COUNTERCLAIMANTS. | |

## STIPULATION

Non-Parties Gary O. Marino, Patriot Equity, LLC, and Patriot Rail Holdings, LLC (n/k/a Pacific Rail Holdings, LLC) (collectively "Non-Parties") and Defendant and Counter-Claimant Patriot Rail Company (f/k/a Patriot Rail Corp.) hereby stipulate to continue the hearing date relating to Non-Parties pending Motion to Compel Further Responses to Non-Parties Subpoenas Seeking (1) Production of Documents and (2) Deposition Testimony currently set for hearing on February 10, 2016.

On January 20, 2016, Non-Parties filed a Motion to Compel Discovery from Patriot Rail Company.  ECF No. 696.   Subject to the Court's approval, Non-Parties and Patriot Rail Company have agreed to continue the hearing date on Non-Parties' Motion by one week to finalize the Joint Statement of the Parties.

Respectfully submitted,

Dated: February 1, 2016    HOLLAND & KNIGHT LLP


By: ___/s/ John Kern_____
    John Kern

Attorneys for Non-Party Proposed Additional Judgment Debtors GARY O. MARINO, PATRIOT EQUITY, LLC and PATRIOT RAIL HOLDINGS, LLC

Dated: February 1, 2016    O'MELVENY & MYERS LLP


By: ___/s/ Ross B. Galin (authorized on 2-1-2016)___
    Ross B. Galin

Attorneys for Plaintiff and Counter-Defendant PATRIOT RAIL COMPANY LLC f/k/a PATRIOT RAIL CORP.

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel:(415) 743-6900
Fax:(415) 743-6910

**~~PROPOSED~~ ORDER**

IT IS SO ORDERED.

Dated: February 2, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATE AND PROPOSED ORDER - PATRIOT RAIL COMPANY

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel:(415) 743-6900
Fax:(415) 743-6910