Matthew P. Vafidis (State Bar No. 103578)
John Kern (State Bar No. 206001)
Jessica Lanier (State Bar No. 303395)
Daniel Kappes (State Bar No. 303454)
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA  94111
Telephone:  415-743-6900
Fax:  415-743-6910
E-mail: matthew.vafidis@hklaw.com
        john.kern@hklaw.com
        jessica.lanier@hklaw.com
        daniel.kappes@hklaw.com

Attorneys for Non-Party Proposed Additional Judgment Debtors
GARY O. MARINO, PATRIOT EQUITY, LLC
and PATRIOT RAIL HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>　　　　　Defendant. | Case No.: 2:09-CV-00009-TLN-AC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE ON NON-PARTIES PATRIOT RAIL HOLDINGS, LLC, PATRIOT EQUITY, LLC, AND GARY O. MARINO'S MOTION TO COMPEL DISCOVERY FROM SIERRA RAILROAD COMPANY**<br><br>Current Hearing Date:<br>Date:　February 10, 2016<br>Time:　10:00 a.m.<br>Dept.:　Courtroom 26<br>Judge:　Magistrate Judge Claire<br><br>Proposed Hearing Date:<br>Date:　February 17, 2016<br>Time:　10:00 a.m.<br>Dept.:　Courtroom 26<br>Judge:　Magistrate Judge Claire |
| SIERRA RAILROAD COMPANY, a California corporation,<br><br>　　　　　Counter-Claimant,<br><br>　　v.<br><br>PATRIOT RAIL LLC, PATRIOT RAIL CORPORATION, and LARRY COE,<br><br>　　　　　Counter-Defendants. | |
| AND ALL RELATED COUNTERCLAIMS AND COUNTERCLAIMANTS. | |

**STIPULATION**

Non-Parties Gary O. Marino, Patriot Equity, LLC, and Patriot Rail Holdings, LLC (n/k/a Pacific Rail Holdings, LLC) (collectively "Non-Parties") and Defendant and Counter-Claimant Sierra Railroad Company ("Sierra") hereby stipulate to continue the hearing date relating to Non-Parties pending Motion to Compel Further Responses to Non-Parties Subpoenas Seeking (1) Production of Documents and (2) Deposition Testimony currently set for hearing on February 10, 2016.

On January 20, 2016, Non-Parties filed a Motion to Compel Discovery from Sierra. ECF No. 697. Subject to the Court's approval, Non-Parties and Sierra have agreed to continue the hearing date on Non-Parties' Motion by one week to finalize the Joint Statement of the Parties.

Respectfully submitted,

Dated: February 1, 2016        HOLLAND & KNIGHT LLP


By:   /s/ John Kern
        John Kern

Attorneys for Non-Party Proposed Additional Judgment Debtors GARY O. MARINO, PATRIOT EQUITY, LLC and PATRIOT RAIL HOLDINGS, LLC

Dated: February 1, 2016        ORRICK, HERRINGTON & SUTCLIFFE LLP


By:   /s/ J.R. Riddell   (authorized on 2-1-2016)
        J.R. Riddell

Attorneys for Defendant and Counterclaimant SIERRA RAILROAD COMPANY

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel:(415) 743-6900
Fax:(415) 743-6910

**~~PROPOSED~~ ORDER**

IT IS SO ORDERED.

Dated:  February 2, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel:(415) 743-6900
Fax:(415) 743-6910

-3-
STIPULATION AND PROPOSED ORDER– SIERRA RAILROAD COMPANY