MCGREGOR W. SCOTT (State Bar No. 142413)
mcgregor.scott@orrick.com
MICHAEL C. WEED (State Bar No. 199675)
mweed@orrick.com
J.R. RIDDELL (State Bar No. 225004)
jriddell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:    (916) 447-9200
Facsimile:    (916) 329-4900

Attorneys for Defendant and Counterclaimant
Sierra Railroad Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:09-cv-00009-TLN-AC<br><br>**ORDER GRANTING SIERRA RAILROAD COMPANY'S REQUEST TO SEAL DOCUMENTS**<br><br>Date:    February 25, 2016<br>Time:    2:00 p.m.<br>Dept:    Courtroom 2<br>Judge:   Hon. Troy L. Nunley |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Court, having considered Defendant and Counterclaimant Sierra Railroad Company's ("Sierra's") Notice of Request and Request to Seal Documents and the materials filed with the Court regarding the Request, hereby rules as follows.

IT IS HEREBY ORDERED that: Having shown good cause to maintain the confidential nature of the information subject to the Request, Sierra's Request to Seal Documents is **GRANTED** and the below identified documents are ordered filed under seal.

1. Pacific Rail Holdings, LLC fka Patriot Rail Holdings, LLC's 2012 and 2013 partnership tax returns, attached as **Exhibit 2** to the Declaration of Michael Weed In Support Of Sierra's Reply Brief In Support Of Sierra's Renewed Motion to Add Additional Judgment Debtors.

2. Third Amended and Restated Operating Agreement of Patriot Rail, LLC, effective as of January 1, 2011, attached as **Exhibit 3** to the Declaration of Michael Weed In Support Of Sierra's Reply Brief In Support Of Sierra's Renewed Motion to Add Additional Judgment Debtors.

3. Letter regarding "Patriot Rail Corp. Escrow" from Gary Marino as Pacific Rail Holdings Chairman, CEO & President to Wells Fargo Bank, National Association, dated April 2, 2014, attached as **Exhibit 7** to the Declaration of Michael Weed In Support Of Sierra's Reply Brief In Support Of Sierra's Renewed Motion to Add Additional Judgment Debtors.

4. Wells Fargo Bank, NA statements regarding the Escrow Agreement among Patriot Funding LLC, Patriot Rail Holdings LLC, and Wells Fargo Bank, NA dated December 31, 2015, attached as **Exhibit 8** to the Declaration of Michael Weed In Support Of Sierra's Reply Brief In Support Of Sierra's Renewed Motion to Add Additional Judgment Debtors.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

ORDER GRANTING SIERRA RAILROAD COMPANY'S REQUEST TO SEAL DOCUMENTS

5. Patriot Rail Company LLC Consolidated Financial Statements, dated December 31, 2014, attached as **Exhibit 11** to the Declaration of Michael Weed In Support Of Sierra's Reply Brief In Support Of Sierra's Renewed Motion to Add Additional Judgment Debtors.

IT IS SO ORDERED.

Dated: February 19, 2016

       Troy L. Nunley
       United States District Judge