UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRIOT RAIL CORP.,

    Plaintiff,

    v.

SIERRA RAILROAD CO.,

    Defendant.

AND RELATED COUNTERCLAIMS

No. 2:09-cv-0009 TLN AC

ORDER

    Counter-defendant Pacific Rail LLC (a/k/a Patriot Rail LLC) ("Pacific"), seeks reconsideration by the undersigned, of the "privilege log" requirement of ECF No. 730, the undersigned's February 9, 2016 discovery order. ECF No. 765.

    Accordingly, IT IS HEREBY ORDERED that Sierra Railroad Co.'s response to the motion shall be filed no later than March 15, 2016, at which time the motion will be taken under submission, without further briefing, or set for hearing.

DATED: February 29, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE