UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT RAIL CORP., | No. 2:09-cv-0009 TLN AC |
| Plaintiff, | |
| v. | ORDER |
| SIERRA RAILROAD CO., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

Non-parties Gary O. Marino, Pacific Rail Holdings, LLC, and Patriot Equity, seek reconsideration by the undersigned, of two aspects of the undersigned's February 23, 2016 discovery order. ECF No. 759.

Accordingly, IT IS HEREBY ORDERED that any response to the motion shall be filed no later than March 24, 2016, at which time the motion will be taken under submission without further briefing, or set for hearing.

DATED: March 9, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE