| | |
|---|---|
| O'MELVENY & MYERS LLP<br>M. Randall Oppenheimer<br>roppenheimer@omm.com (CA Bar No. 77649)<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, California  90067-6035<br>Phone: (310) 553-6700<br>Fax: (310) 246-6779<br><br>Cynthia A. Merrill<br>cmerrill@omm.com (CA Bar No. 254571)<br>400 South Hope Street<br>Los Angeles, California 90071<br>Phone: (213) 430-6000<br>Fax: (212) 430-6407<br><br>Ross B. Galin, admitted *pro hac vice*<br>rgalin@omm.com<br>7 Times Square<br>New York, New York 10036<br>Phone:  (212) 326-2000<br>Fax:  (212) 326-2061<br><br>*Attorneys for Plaintiff and Counter-Defendant Patriot Rail Company LLC (f/k/a Patriot Rail Corp.)* | GREENBERG TRAURIG, LLP<br>Mary-Olga Lovett, admitted *pro hac vice*<br>lovettm@gtlaw.com<br>Stephen E. Paffrath, (State Bar No. 195932)<br>paffraths@gtlaw.com<br>1201 K Street, Suite 1100<br>Sacramento, CA 95814<br>Telephone: (916) 442-1111<br>Facsimile: (916) 448-1709<br><br>Scott D. Bertzyk, (State Bar No. 116449)<br>bertzyks@gtlaw.com<br>Karin L. Bohmholdt, (State Bar No. 234929)<br>bohmholdtk@gtlaw.com<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Telephone: (310) 586-7700<br>Facsimile: (310) 586-7800<br><br>GREENBERG TRAURIG, P.A.<br>Elliot H. Scherker, admitted *pro hac vice*<br>ScherkerE@gtlaw.com<br>333 Southeast Second Avenue, Suite 4400<br>Miami, FL 33131<br>Telephone: (305) 579-0579<br>Facsimile: (305) 579-0717<br><br>*Attorneys for Counter-Defendant Pacific Rail, LLC (f/k/a Patriot Rail, LLC)* |
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>McGregor W. Scott (State Bar No. 142413)<br>mcgregor.scott@orrick.com<br>Michael C. Weed (State Bar No. 199675)<br>mweed@orrick.com<br>J.R. Riddell (State Bar No. 225004)<br>jriddell@orrick.com<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814-4497<br>Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900<br><br>*Attorneys for Defendant and Counter-Claimant Sierra Railroad Company* | Holland & Knight LLP<br>Matthew P. Vafidis (California Bar No. 103578)<br>matthew.vafidis@hklaw.com<br>John P. Kern (California Bar No. 206001)<br>john.kern@hklaw.com<br>Jessica Lanier (California Bar No. 303395)<br>jessica.lanier@hklaw.com<br>Daniel Kappes (California Bar No. 303454)<br>daniel.kappes@hklaw.com<br>50 California Street, Suite 2800<br>San Francisco, CA  94111<br>Telephone:  415-743-6900<br>Fax:  415-743-6910<br><br>*Attorneys for Non-Party Proposed Additional Judgment Debtors Gary O. Marino, Patriot Equity, LLC, and Pacific Rail Holdings, LLC* |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| PATRIOT RAIL CORP., a Delaware corporation,<br><br>     Plaintiff,<br><br> v.<br><br>SIERRA RAILROAD COMPANY, a California corporation,<br><br>     Defendant. | Case No.: 2:09-CV-00009-TLN-AC<br><br>**JOINT STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>[E.D. CAL. LOCAL RULE 160]<br><br>[[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH] |
| SIERRA RAILROAD COMPANY, a California corporation,<br><br>     Counter-Claimant,<br><br> v.<br><br>PATRIOT RAIL, LLC, PATRIOT RAIL CORPORATION, and LARRY COE,<br><br>     Counter-Defendants. | Judge:  Hon. Troy L. Nunley |
| AND ALL RELATED COUNTERCLAIMS AND COUNTERCLAIMANTS. | |

  Through this Joint Stipulation and Order to Dismiss Action with Prejudice, Plaintiff and Counter-Defendant Patriot Rail Company LLC (*f/k/a* Patriot Rail Corp.), Defendant and Counter-Claimant Sierra Railroad Co., Counter-Defendant Pacific Rail, LLC (*f/k/a* Patriot Rail LLC), and Non-Parties and Proposed Judgment Debtors Gary O. Marino, Patriot Equity, LLC, and Pacific Rail Holdings, LLC (collectively, the "Group"), hereby stipulate that the complaint in the above-captioned case be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) according to the attached [Proposed] Order in the above-captioned action.

  Each member of the Group shall bear its own attorneys' fees and costs in connection with this action.

**IT IS SO STIPULATED.**

Dated:  May 20, 2016	ORRICK HERRINGTON & SUTCLIFFE LLP

By:  /s/  Michael Weed
         Michael Weed

Dated:  May 20, 2016	O'MELVENY & MYERS LLP

By:  /s/ Ross Galin
         Ross Galin

Dated:  May 20, 2016	GREENBERG TRAURIG LLP

By:  /s/  Mary-Olga Lovett
         Mary Olga Lovett

Dated:  May 20, 2016	HOLLAND & KNIGHT LLP

By:  /s/  John Kern
         John Kern

I hereby attest that I have on file the permission of all necessary filers for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

/s/   Michael Weed
       Michael Weed

**ORDER TO DISMISS ACTION WITH PREJUDICE**

The Court, having reviewed the Joint Stipulation to Dismiss Action with Prejudice of Plaintiff and Counter-Defendant Patriot Rail Company LLC (*f/k/a* Patriot Rail Corp.), Defendant and Counter-Claimant Sierra Railroad Co., Counter-Defendant Pacific Rail, LLC (*f/k/a* Patriot Rail LLC), and Non-Parties and Proposed Judgment Debtors Gary O. Marino, Patriot Equity, LLC, and Pacific Rail Holdings, LLC (collectively, the "Group"), and good cause appearing, hereby orders that all dates and hearings are hereby vacated and this case is dismissed with prejudice, each member of the Group to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated:  May 20, 2016

_____
Troy L. Nunley
United States District Judge